```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

JERALD GIPSON,

        Plaintiff,

v.                            Case No. 3:16-cv-236-J-34MCR

SERGEANT C. MARKHAM, et al.,

        Defendants.
_____

## ORDER TO SHOW CAUSE

Plaintiff was previously directed to submit to the Clerk of Court two copies of his Fifth Amended Complaint for service of process on Defendants Pittman and Bryant by January 3, 2018. See Order (Doc. 60). To date, Plaintiff has failed to comply or request additional time within which to do so. Accordingly, it is

    **ORDERED:**

1. By **February 21, 2018**, Plaintiff shall **SHOW CAUSE** why Defendants Pittman and Bryant should not be dismissed for his failure to comply with the Court's Order (Doc. 60).

2. Also, by **February 21, 2018**, Plaintiff shall submit to the Clerk two complete copies of his Fifth Amended Complaint for service of process.

3.   Plaintiff's failure to timely comply with this Order to Show Cause may result in the **dismissal** of Defendants Pittman and Bryant without further notice.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of January, 2018.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 1/16
c:
Jerald Gipson, #B00406
Counsel of Record