Ex. C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JERALD GIPSON,
    DC #B00406
        Plaintiff,

Case No. 3:16-cv-236- MMH-MCR

v.

SERGEANT MARKHAM, et al.
        Defendants.
_____/

### DECLARATION OF CHASE MARKHAM

I, CHASE MARKHAM, Pursuant to 28 U.S.C. § 1746, make this declaration under penalty of perjury and declare that the statements made below are true and state:

1. I am a classification officer with the Florida Department of Corrections. In November of 2013, I was employed as Suwannee Correctional Institution.

2. I have reviewed the Amended Complaint in Case No: 3:16-cv-236-MMH/MCR and the allegations made by Inmate Jerald Gipson, DC#B00406, specifically pages 14-23. The allegations contained in the Fifth Amended Complaint on those pages are not true.

3. I was not involved in any use of force involving Inmate Gipson on November 20, 2013. On November 20, 2013 I was attending mandatory training and not on the compound at Suwannee Correctional Institution.

4. The foregoing facts are personally known by me to be true and correct. I am over the age of 18 and am competent to testify to such facts, and would so testify if I appeared in court as a witness at a trial regarding this matter.  I declare under penalty of perjury that I have read the foregoing declaration and I confirm that the facts stated in it are true.

FURTHER DECLARANT SAYETH NAUGHT

_____
Chase Markham

2/27/18
Date