# Florida Department of Corrections
## Inmate Grievance

Home | Formal Grievance | Informal Grievance | Appeal | Reports

## Search Appeals Records

### Search Criteria

**Case Number**

**Disposition**

**Inmate Number**
b00406

**Inmate Name**

**Beginning Incident Date**

**Ending Incident Date**

**Beginning Received Date**
01/01/2013

**Ending Received Date**
01/31/2016

**Beginning Disposition Date**

**Ending Disposition Date**

**MINS Number**

**Subject**

**Facility**

☐ Emergency  ☐ Chemical Used?  ☐ Direct File

**Class Code**
10
10 COMP AGAINST STAFF

Search   Cancel

### Search Results

| Case Number | Inmate Name | Class Code | Received Date | Responded | Mailed | Disposition | | |
|---|---|---|---|---|---|---|---|---|
| 13-6-02290 | GIPSON, JERALD (B00406) | 10B - THREATS BY STAFF (COMPLNTS) | 2013-01-22 | 2013-01-24 | 2013-01-24 | RETURNED | Edit | Details |
| 13-6-23001 | GIPSON, JERALD (B00406) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2013-07-17 | 2013-07-29 | 2013-07-31 | RETURNED | Edit | Details |
| 13-6-30058 | GIPSON, JERALD (B00406) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2013-09-23 | 2013-10-11 | 2013-10-16 | DENIED | Edit | Details |
| 15-6-19969 | GIPSON, JERALD (B00406) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2015-06-11 | 2015-06-15 | 2015-06-17 | RETURNED | Edit | Details |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15-6-37224 | GIPSON, JERALD (B00406) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2015-10-16 | 2015-10-22 | 2015-10-28 | RETURNED | Edit | Details |

1

**5 Records Found**

CONFIDENTIALITY NOTICE: The information in this application is for the sole use of the authorized user of this application, and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited, and may violate state and federal law.

**Florida Department of Corrections**
**Inmate Grievance**

Home    Formal Grievance    Informal Grievance    Appeal    Reports

## Search Appeals Records

### Search Criteria

**Case Number**

**Disposition**

**Inmate Number**
b00406

**Inmate Name**

**Beginning Incident Date**

**Ending Incident Date**

**Beginning Received Date**
11/01/2013

**Ending Received Date**
11/30/2013

**Beginning Disposition Date**

**Ending Disposition Date**

**MINS Number**

**Subject**

☐ Emergency   ☐ Chemical Used?   ☐ Direct File

**Facility**

**Class Code**

Search   Cancel

### Search Results

| Case Number | Inmate Name | Class Code | Received Date | Responded | Mailed | Disposition | | |
|---|---|---|---|---|---|---|---|---|
| 13-6-38927 | GIPSON, JERALD (B00406) | 06E - SECURITY MATTERS (INST OPER) | 2013-11-20 | 2013-12-10 | 2013-12-12 | RETURNED | Edit | Details |
| 1 | | | | | | | | |

**1 Records Found**