## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**JERALD GIPSON,**
    DC #B00406
        Plaintiff,

v.                                        Case No. 3:16-cv-236-MMH-MCR

**PERRY, et al.,**
        Defendants.
_____/

### DECLARATION OF RACHEAL HOFFMAN

I, **Racheal Hoffman,** pursuant to 28 U.S.C. § 1746, make this declaration under penalty of perjury and declare that the statements made below are true and state:

1. My name is Racheal Hoffman. I am employed as a Senior Classification Officer by the Florida Department of Corrections ("FDC") at Suwannee Correctional Institution. I am the custodian of records for inmate classification files.

2. At the request of the Florida Office of the Attorney General, I have reviewed the institutional grievance records kept in the classification file of inmate Jerald Gipson (FDC #B00406) for any inmate requests, appeals, formal and informal grievances filed by Gipson from November 1, 2013 through June 30, 2014. The only requests or grievances filed during this time are the two (2) which are attached to this declaration as Exhibit A.

3. The foregoing facts are known by me to be true and correct based upon my review of the records. I am over the age of 18, am competent to testify to such facts, and would so testify if I appeared in court as a witness at a trial regarding this matter. I declare under penalties of perjury that I have read the foregoing and I confirm that the facts stated herein are true and correct.

_/s/ Racheal Hoffman_                                        12/13/17
**Racheal Hoffman**                                           date
**Declarant**

DEC 12 2013

Department of Corrections
Inmate Grievance Appeals

PART B - RESPONSE

| GIPSON, JERALD | B00406 | 13-6-38927 | R.M.C.- MAIN UNIT | H1109S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

J. Adams

SIGNATURE AND TYPED OR PRINTED NAME                SIGNATURE OF WARDEN, ASST. WARDEN, OR           12/10/13
OF EMPLOYEE RESPONDING                             SECRETARY'S REPRESENTATIVE                       DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY          COPY DISTRIBUTION - CENTRAL OFFICE
(2 Copies) Inmate                                  (1 Copy) Inmate
(1 Copy) Inmate's File                             (1 Copy) Inmate's File - Inst./Facility
(1 Copy) Retained by Official Responding           (1 Copy) C.O. Inmate File
                                                   (1 Copy) Retained by Official Responding

FORWARD TO: FB Agent; I'm IN threat of my Life!!

to INspect LT. [illegible] 2013

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From: Gipson  Jerard  N/A   #B00406   SCI
       Last   First   Middle Initial   Number   Institution

13-6-38927

**Part A – Inmate Grievance**

And Nathanel evens 3111

Sir, this is mr. Gipson, I had Let inmate martize Brown use my Law Book, And He said He took that, I spoke to mr. preer About on this matter He dont wanted Nonthing to do with it. His Name is martize 3114, Also Cell 3115 Tasser Has my family Number And threating to write them ps I would Like to Be Transfered!! I'm trying to stay out of trouble I'm trying very hard!!

Date: Nov. 20, 2013

Signature: Jerard Gipson B00406

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 6e   OF 230

INSTRUCTIONS

Submitted by the inmate on: 11-20-13   Institutional Mailing Log #: 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   (Received By): M. [illegible]

DISTRIBUTION:
INSTITUTION/FACILITY          CENTRAL OFFICE
INMATE (2 Copies)              INMATE
INMATE'S FILE                  INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                               CENTRAL OFFICE GRIEVANCE FILE

RECEIVED NOV 2 0 2013
ASSISTANT WARDEN-PROGRAMS
SUWANNEE CORRECTIONAL INST.

DC1-303 (Effective 2/05)   Incorporated by Reference in Rule 33-103.019, F.A.C.

**INMATE REQUEST** — DEPARTMENT OF CORRECTIONS

Mail Number: SFR-
Team Number: N/A
Institution: SCF

TO: (Check One) — ☐ Warden   ☐ Asst. Warden   ☑ Classification (ms. Hill)   ☐ Medical   ☐ Mental Health   ☐ Dental   ☑ Other — Food Service, FBI Headquarters

FROM:
Inmate Name: Gipson, Jerald
DC Number: B04406
Quarters: H-3112
Job Assignment: —
Date: 11/14/13

**REQUEST**

I have alot of enemys at this camp on CM, I'am in Danger of my life; in fear of my life!!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

— DO NOT WRITE BELOW THIS LINE —

**RESPONSE**   DATE RECEIVED: 11/14/13

Inmate Gipson, your allegations and concerns have been documented and forwarded to appropriate staff and the office of the Inspector General for disposition.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Signature): A. Phillips, Grievance Officer
Date: 11/14/13

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 6/12)

Incorporated by Reference in Rule 33-103.005, F.A.C.