DEC 12 2013

Ex. E

Department of Corrections
Inmate Grievance Appeals

**PART B - RESPONSE**

| GIPSON, JERALD | B00406 | 13-6-38927 | R.M.C.- MAIN UNIT | H1109S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

J. Adams

SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

J. Adams [signature]

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

12/10/13
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

FORWARD TO: FB Agent; I'm IN threat of my Life!! to INspect LT.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED DEC 2 2013
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From: Gipson  Jerard  N/A     #B00406     SCI
       Last    First  Middle Initial  Number  Institution

13-6-38927

**Part A – Inmate Grievance**

And Nathan L evens 3111

Sir, this is Mr. Gipson, I had let inmate Martize Brownea my law book, And He said He took that, I spoke to Mr. preen about this matter He dont wanted Nonthing to do with it. His Name is Martize 3114, Also cell 3115 Tasser Has my family Number And threating to write them PS I would like to Be Transfeered!! I'm trying to stay out of trouble I'm trying very hard!!

NOV. 20, 2013
DATE

Jerard Gipson B00406
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 6e  OF 23°
                                                                          #      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office
Submitted by the inmate on: 11-20-13        Institutional Mailing Log #: 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    JMtt
                            (Date)                                                      (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE               RECEIVED
                 INMATE (2 Copies)           INMATE
                 INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY  NOV 20 2013
                 INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
DC1-303 (Effective 2/05)                     CENTRAL OFFICE GRIEVANCE FILE  ASSISTANT WARDEN-PROGRAMS
                 Incorporated by Reference in Rule 33-103.019, F.A.C.       SUWANNEE CORRECTIONAL INST.

DEC 12 2013

Department of Corrections
Inmate Discipline Appeals

## PART B - RESPONSE

| GIPSON, JERALD | B00406 | 13-6-38927 | R.M.C.- MAIN UNIT | H1109S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal is in non-compliance with the Rules of the Department of Corrections, Chapter 33-103, Inmate Grievance Procedure. The rule requires that you first submit your appeal at the appropriate level at the institution. You have not done so or you have not provided this office with a copy of that appeal, nor have you provided a valid or acceptable reason for not following the rules.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your grievance is returned without action.

J. Adams

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE: J. Adams

DATE: 12/10/13

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

*Forward to: FB Agent; I'm in threat of my life!!*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

*to Inspect LT. GDE*

RECEIVED
DEC 2 2013
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From: Gipson  Jerard  MA  #B00406  SCI
      Last    First   Middle Initial  Number  Institution

13-6-38927

**Part A – Inmate Grievance**

And Nathanel evens 3111

Sir, this is mr. Gipson, I had let inmate martize Brown hea my Law Book, And He said He took that, I spoke to mr. preer About on this matter He dont wanted Nonthing to do with it. His name is martize 3114, Also cell 3115 Tosser Has my family Number And threating to write them ps I would like to Be Transfered!! I'm trying to stay out of trouble I'm trying very hard!!

DATE: Nov, 20, 2013

SIGNATURE OF GRIEVANT AND D.C. #: Jerard Gipson B00406

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 6e  OF 23°

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 11-20-13   Institutional Mailing Log #: 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   (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY          CENTRAL OFFICE
INMATE (2 Copies)             INMATE
INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 2/05)   Incorporated by Reference in Rule 33-103.019

RECEIVED
NOV 20 2013
ASSISTANT WARDEN-PROGRAMS
SUWANNEE CORRECTIONAL INST.

# INMATE REQUEST

**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: N/A
Institution: SFF

| | | | | |
|---|---|---|---|---|
| **TO:** (Check One) | ☐ Warden<br>☐ Asst. Warden | ☑ Classification (Ms. Hill)<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental — food service<br>☑ Other — FBI Headquarts |

**FROM:** Inmate Name: Gipson, Jerald | DC Number: B00406 | Quarters: H-3112 | Job Assignment: — | Date: 11/14/13

## REQUEST

☐ Check here if this is an informal grievance

I have Alot of enemys at this camp on CM, I'am in Danger of my Life; In fear of my Life!!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: 11/14/13

Inmate Gipson, your allegations and concerns have been documented and forwarded to appropriate staff and the office of the Inspector General for disposition.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ (Returned, Denied, or **Approved**). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): A. Phillips, Grievance Officer   Date: 11/14/13

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 6/12)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**INMATE REQUEST** — DEPARTMENT OF CORRECTIONS

Mail Number: ___
Team Number: N/A
Institution: SCI

SFR-

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ms. Hill ☑ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other | Food Service FBI Headquarters |

FROM: Inmate Name: Gipson, Jerald
DC Number: B04406
Quarters: H-3112
Job Assignment: ___
Date: 11/14/13

**REQUEST**   ☐ Check here if this is an informal grievance

I have Alot of enemys At this camp in CM, I'am in Danger of my life; in fear of my life!!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

— DO NOT WRITE BELOW THIS LINE —

**RESPONSE**   DATE RECEIVED: 11/14/13

Inmate Gipson, your allegations and concerns have been documented and forwarded to appropriate staff and the office of the Inspector General for disposition.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ (Returned, Denied, or (Approved)). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): A. Phillips, GRIEVANCE OFFICER
Date: 11/14/13

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 6/12)

Incorporated by Reference in Rule 33-103.005, F.A.C.