Ex. F

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS
# (INSTITUTION)

## REPORT OF FORCE USED

Use of Force #: _13-13325_

---

Institution/Office: _Suwannee Correctional Institution_    Time: 11:52am    Date: November 20, 2013

Inmate Name: _Gipson, Jerald_    Inmate DC Number: _B00406_

Type of Force Used:    Chemical: ☐    Physical: ☒
Type of Reaction:    Reactionary: ☒    Organized: ☐
Type of Video:    Fixed Wing: ☒    Handheld: ☒    Date and Time on Camera: _1 1⁄20/13   1 155A M_

## I.    REPORT OF PERSON(S) USING FORCE -

### IA.    Narrative of Pre- Event

| N/A |
| --- |
| |

Inmate Initially counseled by: _N/A_    Time: _N/A_    Results: _N/A_

Risk Assessment Review by: _N/A_    Time: _N /A_

Organized Intervention requested by:    _N/A_    From: _N /A_    Time: _N/A_

Type of approved intervention:    OC: ☐    CS: ☐    FCE: ☐    MR: ☐    Other: _____

Camera Operator (Rank and Full Name): _Officer Mario Coronado_

Lead in statement by OIC (Rank and Full Name): _Lieutenant Thomas North_

Final Order given by (Rank and Full Name): _N/A_    Time: _N/A_

Order advised "If disruptive behavior continues chemical agents will be administered."

Chemical agents obtained by: _N /A_    Time: _N/A_    Weight Out in Grams: _N/A_

From: _N/A_

Inmate behavior:    Comply: ☐    Disruptive: ☐    Time: _N/A_    Time disruptive again: _N/A_

### IB.    Narrative of Event:

Inmate attempted to pull the handcuffs into his cell stating that he was going to kill himself by jumping off of the sink head first. During the escort, inmate became physically resistant. I ordered inmate multiple times to cease his actions to no avail. I placed inmate chest first against the wall, attempting to pin inmate to the wall to overcome his physical resistance to all orders. I was unable to maintain my hold on inmate while he continued his aggressive behavior towards me. I placed inmate chest down on the floor utilizing my bodyweight to subdue him. Officer D. Russell arrived and assisted pinning inmate's legs to prevent him from kicking at staff. Once inmate became compliant with all orders given, all force ceased.

Staff Administering CA(Full Name and Rank): _N/A_    Certification Exp.: _N/A_

Chemical Agent Canister Size: _N /A_    Make: _N /A_

First Application of CA:    Time: _N/A_    Type: _N/A_    Amount in Grams: _N/A_

Second Application of CA:    Time: _N /A_    Type: _N/A_    Amount in Grams: _N/A_

Inmate behavior:    Compliant: ☒    Non-compliant: ☐    Time: _11:52am_

Additional intervention requested by: _N/A_

Approved by: _N /A_    Type of Additional Intervention: _N /A_

Forced Cell Extraction:    Time: _N/A_    Additional CA Time: _N/A_    Amount in Grams: _N/A_

Additional CA Intervention after Third Application (minimum of one hour from last application):

(Start a second Use of Force as a continuation if additional CA is administered.)

### IC.    Post Event

Inmate compliant time: _11:53am_    Showered time: _N/A_    ███████████

If Inmate refused shower, counseled by: _N /A_    ███████████

Staff offering shower every 30 minutes up to 2 hours after final exposure:    Name: _N/A_
Time: _N/A_    Time: _N/A_    Time: _N/A_    Time: _N/A_

Time Inmate issued clean clothing: _N/A_    Time placed in secure decontaminated cell: _12:10pm_

DC6-230 (Effective 12/12)    Incorporated by Reference in Rule, 33-602.210, F. A. C.

Inmate monitored for 45-60 minutes for respiratory distress by: __N/A__

CA ending weight in Grams: __N/A__   Weighed by: __N/A_____   Time: __N/A__

Inmate injuries: ██████████████████████████████████████

Staff injuries: ████████████████████████████████████████

Outside Medical Treatment: ███████████████████████

## Additional Comments:

Inmate was initially being removed from his cell for a psychological emergency. Inmate made no allegations of staff abuse or misconduct.

Witnesses: Officer Brain Fogell _____   Witnesses: _____

Witnesses: Officer Jeremy Pittman _____   Witnesses: _____

Witnesses: _____   Witnesses: _____

Subject Inmate ☐ accepted (DC6-112C attached) ☒ declined to make a statement.

If other Witnesses choose to make a statement, attach the appropriate DC6-112C.

Total number of DC6-112C attached to report:0

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

Full Name and Signature:  Officer Freddie Perry _____   Date: __11/20/2013__

Rank and Name of Reporting Officer

I have read Section I of this report in its entirety, I solemnly swear or affirm that the contents of this report are true and accurate as written to the best of my knowledge. I have been given the opportunity to make additional comments if needed. (Check "See Attachment" below if you disagree with Section I.) Attach your additional comments to this report. Each UOF Participant must sign below.

Participant: Officer Daniel Russell _____   Agree with Section I: _JR_ See Attachment: _NA_

Participant: _____   Agree with Section I: _____ See Attachment: _____

Participant: _____   Agree with Section I: _____ See Attachment: _____

Participant: _____   Agree with Section I: _____ See Attachment: _____

Use additional Sheets if necessary for Participants:

## II.   WARDEN'S REVIEW

I have reviewed the above report, attachments and videos (if applicable).

This report appears to be __✓__ / not to be _____ in compliance with rules governing Use of Force found in Rule 33-602.210, F.A.C.

Signature:  Chris P. Landrum _____   Date: _12/6/13_

Warden

## III.   INSPECTOR GENERAL'S REVIEW

☑ Complies with Rules and Procedures      ☐ Does not comply with Rules and Procedures

(Reason for Non-Compliance): _____

Signature OIG UOF Unit: _____   Date: _2-24-17_

Robert Steury

**Abbreviations Key**

CA - Chemical Agents

CN - Cloroacetophene

CS - Orthochlorbenzal Malononitrile or Orthochlorobenzylidene Malononitrile

FCE - Forced Cell Extraction

MR - Medical Restraints

OIC - Officer in Charge

OIG - Office of the Inspector General

OC - Oleoresin Capsicum (Pepper Spray)

UOF - Use of Force

RECEIVED
Department of Corrections

DEC 12 2013

Office of the
Inspector General
Use of Force Unit
Received in UOF Unit

DC6-230 (Effective 12/12)    Incorporated by Reference in Rule, 33-602.210, F. A. C.

## DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

**Reporting Institution:** Suwannee C.I. Main Unit     **Incident Report Number:** 23013-3430

**Reporting Employee:** Officer Freddie Perry     **PREA Number:** _____

**Employee ID Number:** 59669     **Date of incident:** November 20, 2013

**Person(s) Involved:** Inmate Gipson, Jerald DC#B00406     **Time of incident:** 11:50am

               Officer Daniel Russell     **Witness (es):** Officers B. Fogell, J. Pittman,

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☒ Yes ☐ No | Work Order Initiated: | ☐ Yes ☒No |
| Duty Warden Notified: | ☒ Yes ☐ No Time 12:29pm | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time:12:31pm | Duty Officer Name: | Reagan |
| Supporting Documents Attached | YES | | |

**DETAILS OF INCIDENT:**

On November 20, 2013 at approximately 11:52 AM, while assigned to H-Dormitory Housing Officer, wrist restraints were applied to Inmate Gipson, Jerald DC# B06406. Inmate attempted to pull the handcuffs into his cell stating that he was going to kill himself by jumping off of the sink head first with his cuffs applied. After several verbal orders for Inmate to stop his physically resistant actions to attempt to pull the handcuffs into the cell I maintained my hold on the rip tether, Inmate reluctantly complied with all orders given. Due to Inmates statements of self harm while restrained and staff already maintaining a hold on the rip tether attached to the handcuffs the door was cycled open an Inmate escorted off the wing. While escorting Inmate off the wing and awaiting the arrival of the hand held camera, Inmate become physically resistant while in the sally port between wing 3 and 4 attempting to break my custodial hold and snatch away from me. I ordered Inmate multiple times to cease his actions to no avail, at this time the utilization of reactionary physical force was necessitated. I placed Inmate chest first against the H-dormitory outside wall of the group room of Quad 3 vestibule, attempting to pin Inmate to the wall to overcome his physical resistance to all orders. I was unable to maintain (CONT.) ___

Officer Freddie Perry                       November 20, 2013
**Reporting Employee's Name (Print)**         **Reporting Employee's Signature**        **Date**

**Shift Supervisor/ Department Head**

**COMMENT:**

See attached DC6-230 for addition information regarding this reactionary use of force. Inmate Gipson ██████████ ████████ in the H Dorm ██████ nd the results of that ████ documented and retained in inmate Gipson's ████████ Inmate Gipson was placed in secure cell H3-112. Inmate Gipson made no allegations of staff abuse. Officers Perry ████████████████████████ Duty Warden Chris Landrum was notified at 12:29PM. EAC Duty Officer Reagan was notified at 12:31PM and issued #2013-11-18694.

Lieutenant Thomas North                     November 20, 2013
**Shift Supervisor's/ Department Head's Name (Print)**    **Supervisor's Signature**       **Date**

**REVIEW:**

A review of all video recordings and all relevant documents to this use of force will be reviewed for compliance with departmental rules and procedures and will be forwarded to the Office of the Inspector General for final review and disposition.

Major Ronny Morgan                       11/21/13
**Correctional Officer Chief's Name (Print)**    **Correctional Officer Chief's Signature**    **Date**

**REVIEW:**

A review of all video recordings and all relevant documents to this use of force will be reviewed for compliance with departmental rules and procedures and will be forwarded to the Office of the inspector general for final review and disposition.

Warden Chris P. Landrum                      11/21/13
**Warden's Name (Print)**        **Warden's Signature**        **Date**

**DETAILS OF INCIDENT (cont.):**

my hold on Inmate while he continued his aggressive behavior towards me. I placed Inmate chest down on the floor utilizing my bodyweight to subdue him. Officer D. Russell arrived and assisted pinning Inmate's legs to prevent him from kicking at staff. Once Inmate became compliant with all orders given, all force ceased. Inmate was initially being removed fro ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Inmate was placed in secure cell H3-112 fully restrained until he could be removed ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ It should be noted Inmate made no allegations of staff abuse. Duty warden Landrum was notified at 12:29 PM ▆▆▆▆▆▆▆▆▆ E.A.C was notified at 12:31 PM Duty Officer Reagan assigned Use of Force # 2013-11-18694. A DC6-230, Use of Force report was initiated, completed and forwarded with supporting documentation. Inmate Gipson is in direct violation of rules of prohibited conduct by an Inmate F.A.C 33-601.314 charge (6-1) Disobeying a verbal or Written Order and will remain in his current status pending the disposition of the disciplinary report.

**SHIFT Supervisor/ Department Head**

**COMMENT (cont.):**

**REVIEW (cont.):**

**REVIEW (cont.):**

## DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

**Reporting Institution:** Suwannee C.I. Main Unit

**Incident Report Number:** 2b013-3430A

**Reporting Employee:** Officer Daniel Russell

**PREA Number:**

**Employee ID Number:** 68687

**Date of incident:** November 20, 2013

**Person(s) Involved:** Officer Freddie Perry

**Time of incident:** 11:52 am

**Witness (es):** Officer Brian Fogell

Inmate Gipson, Jerald DC#B00406

Officer Jeremy Pittman

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☒ Yes ☐ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time 12:29p | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time: 12:31p | Duty Officer Name: | Reagan |
| Supporting Documents Attached | YES | | |

**DETAILS OF INCIDENT:**

On November 20, 2013, at approximately 11:52am, the utilization of reactionary physical force was necessary as a result of Inmate Gipson, Jerald DC#B00406 became physically resistant while exiting quad 3 of H-Dorm. Inmate Gipson attempted to break the custodial hold of Officer F. Perry. As a result of Inmate Gipson's actions, Officer Perry regained his hold on Inmate Gipson's upper left arm area and redirected Inmate Gipson chest first into the program room wall in the vestibule area. Upon inmate Gipson's continued physical resistance Officer Perry placed Inmate Gipson on the floor chest down. I arrived and assisted by pinning Inmate Gipson's lower extremities to the floor until he was fully restrained. Once Inmate Gipson was placed in restraints all force ceased. Only the minimum amount of force necessary was utilized to control Inmate Gipson. A DC6-230, Use of Force report was initiated, completed and forwarded with supporting documentation.

---

**Officer Daniel Russell**
Reporting Employee's Name (Print)

*Daniel Russell*
Reporting Employee's Signature

November 20, 2013
Date

**Shift Supervisor/ Department Head**

**COMMENT:**

See attached DC6-230 for addition information regarding this reactionary use of force submitted by Officer F. Perry on November 20, 2013.

---

**Lieutenant Thomas North**
Shift Supervisor's/ Department Head's Name (Print)

Supervisor's Signature

November 20, 2013
Date

**REVIEW:**

A review of all video recordings and all relevant documents to this use of force will be reviewed for compliance with departmental rules and procedures and will be forwarded to the Office of the Inspector General for final review and disposition. 2301 2-2430

---

**Major Ronny Morgan**
Correctional Officer Chief's Name (Print)

Correctional Officer Chief's Signature

11/21/13
Date

**REVIEW:**

A review of all video recordings and all relevant documents to this use of force will be reviewed for compliance with departmental rules and procedures and will be forwarded to the Office of the inspector general for final review and disposition. 2301 2-3452

---

**Warden Chris P. Landrum**
Warden's Name (Print)

Warden's Signature

11/21/13
Date

DC6-210 (Effective 12/12)   Incorporated by Reference in Rule 33-602.210, F.A.C.   Page 1 of 2

# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

**Reporting Institution:** _Suwannee C.I. Main Unit_    **Incident Report Number:** _23013-34898_

**Reporting Employee:** _Officer Jeremy Pittman_    **PREA Number:** _____

**Employee ID Number:** _56961_    **Date of incident:** _November 20, 2013_

**Person(s) Involved:** _Officers F. Perry_    **Time of incident:** _11:52AM_

_Officer D. Russell,_    **Witness(es):** _____

_Inmate Gipson, Jerald DC#B00406_

| | | |
|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No   Time:12:29p | MINS Initiated: ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No   Time:12:31p | Duty Officer Name: _Reagan_ |
| Supporting Documents Attached | _YES_ | |

**DETAILS OF INCIDENT:**

At approximately 11:52 am on November 20, 2013 I was assigned as H-Dormitory Housing Officer, I was present in H Dormitory vestibule  when Inmate Gipson, Jerald DC#B00406 who is assigned alone in cell H-3112, was being physically resistant  attempting to snatch away from Officer F. Perry and refusing all verbal commands to cease his behavior. At which time it became necessary to utilize physical force to bring inmate Gipson in compliance with orders given. At no time did I witness any excessive force nor did I use force during this incident.

---

**Officer Jeremy Pittman**     _[signature]_     **11/20/13**
**Reporting Employee's Name (Print)**     Reporting Employee's Signature     **Date**

**Shift Supervisor/ Department Head**

**COMMENT:**

See attached DC6-230 for addition information regarding this reactionary use of force written by Officer Freddie Perry on November 20, 2013.

---

**Lieutenant Thomas North**     _[signature]_     **11/20/13**
**Shift Supervisor's/ Department Head's Name (Print)**     Supervisor's Signature     **Date**

**REVIEW:**

A review of all video recordings and all relevant documents to this use of force will be reviewed for compliance with departmental rules and procedures and will be forwarded to the Office of the Inspector General for final review and disposition.   _23013-343e_

---

**Major Ronny Morgan**     _[signature]_     _[date]_
**Correctional Officer Chief's Name (Print)**     Correctional Officer Chief's Signature     Date

**REVIEW:**

A review of all video recordings and all relevant documents to this use of force will be reviewed for compliance with departmental rules and procedures and will be forwarded to the Office of the inspector general for final review and disposition.   _23013-3498_

---

**Warden Chris P. Landrum**     _[signature]_     _[date]_
**Warden's Name (Print)**     Warden's Signature     Date

---

DC6-210 (12/12 )     Incorporated by Reference in Rule 33-602.210, F.A.C.     Page 1 of 2

# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | | |
|---|---|---|
| **Reporting Institution:** | Suwannee C.I. Main Unit | **Incident Report Number:** 23013-3438C |
| **Reporting Employee:** | Officer Brian Fogell | **PREA Number:** |
| **Employee ID Number:** | 50334 | **Date of incident:** November 20, 2013 |
| **Person(s) Involved:** | Officers F. Perry | **Time of incident:** 11:52AM |
| | Officer D. Russell, | **Witness(es):** |
| | Inmate Gipson, Jerald DC#B00406 | |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☐ Yes ☒ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No  Time 12:29p. | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No  Time:12:31p | Duty Officer Name: | Reagan |
| Supporting Documents Attached | YES | | |

**DETAILS OF INCIDENT:**

At approximately 11:52 am on November 20, 2013 I was assigned as H-Dormitory Housing Officer, I was present in H Dormitory vestibule  when Inmate Gipson, Jerald DC#B00406 who is assigned alone in cell H-3112, was being physically resistant  attempting to snatch away from Officer F. Perry and refusing all verbal commands to cease his behavior. At which time it became necessary to utilize physical force to bring inmate Gipson in compliance with orders given. At no time did I witness any excessive force nor did I use force during this incident.

| | | |
|---|---|---|
| **Officer Brain Fogell** | | **11/20/13** |
| Reporting Employee's Name (Print) | Reporting Employee's Signature | Date |

**Shift Supervisor/ Department Head**

**COMMENT:**

See attached DC6-230 for addition information regarding this reactionary use of force written by Officer Freddie Perry on November 20, 2013.

| | | |
|---|---|---|
| **Lieutenant Thomas North** | | **11/20/13** |
| Shift Supervisor's/ Department Head's Name (Print) | Supervisor's Signature | Date |

**REVIEW:**

A review of all video recordings and all relevant documents to this use of force will be reviewed for compliance with departmental rules and procedures and will be forwarded to the Office of the Inspector General for final review and disposition.  23013 -3438

| | | |
|---|---|---|
| **Major Ronny Morgan** | | **11/21/13** |
| Correctional Officer Chief's Name (Print) | Correctional Officer Chief's Signature | Date |

**REVIEW:**

A review of all video recordings and all relevant documents to this use of force will be reviewed for compliance with departmental rules and procedures and will be forwarded to the Office of the inspector general for final review and disposition.  23013-3438

| | | |
|---|---|---|
| **Warden Chris P. Landrum** | | **11/21/13** |
| Warden's Name (Print) | Warden's Signature | Date |





APPENDIX - D

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### CHAIN OF CUSTODY

Case: 13-1382S                          Inspector:

Offense:                                Subject: VM Gipson, Jerald

Victim:                                 Comments: #B00000

Evidence Description: _____ Fixed Wing Video ___ H & IP

Location of Evidence Found: ▇▇▇ amera System

---

Recovered by: Officer L. Greene          Date: 11-21-13  Time: 1500  a.m./p.m.

---

From: Officer L. Greene                  Date: 11-21-13

To: 1 disc                               Time: 1520             a.m./p.m.

Method of Transfer: Download             Reason for Transfer: Review

---

From: Greene                             Date: 11-21-13

To: R. May                               Time: 4:00             a.m./p.m.

Method of Transfer: Hand                 Reason for Transfer: Review

---

From: R. May                             Date: 12/2/13

To: R.A. Lukows                          Time: 3:00             a.m./p.m.

Method of Transfer: Hand                 Reason for Transfer: Review

---

From: R.A. Lukows                        Date: 12-7-13

To: C.P. Lundrm                          Time: 1145             a.m./p.m.

Method of Transfer: Hand                 Reason for Transfer: Review

---

From: C.P. Lundrm                        Date: 12-6-13

To: Greene                               Time: 1600             a.m./p.m.

Method of Transfer: Hand                 Reason for Transfer: Mail

RECEIVED
Department of Corrections
DEC 12 2013
Office of the
Inspector General
Use of Force Unit

DC1-801 (Effective 11/13)          Incorporated by Reference in Rule 33-602.203, F. A. C.

APPENDIX - D
## DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## CHAIN OF CUSTODY

Case: 13- 13375

Inspector: _____

Offense: _____

Subject: Inmate Gipson, Jerald DC#B00406

Evidence Description:  Use of Force DVD Recording _____

_____

Recovered by: Lieutenant Thomas North     Date : November 20, 2013     Time: 1:00     **pm**

Place Evidence Found: Handheld Video Recorder _____

Recovered: Lieutenant Thomas North     Date: November 20, 2013

To: DVD storage locker     Time: 4:00     **pm**

| From: | DVD box | Date: | 11-22-13 | |
| To: | Winnell | Time: | 8W | a.m./p.m. |

| From: | W. Winnell | Date: | 11-22-13 | |
| To: | R. Mog | Time: | 4:00 | a.m./p.m. |

| From: | R. Mog | Date: | 12/2/13 | |
| To: | R.A.Lukons | Time: | 3:00 | a.m./p.m. |

| From: | R.A.Lu Kons | Date: | 12-8-13 | |
| To: | C.P.hudon | Time: | 1145 | a.m./p.m. |

| From: | C.P.hudon | Date: | 12-6-13 | |
| To: | Winnell | Time: | 1:00 | a.m./p.m. |

**RECEIVED**
**Department of Corrections**

**DEC 1 2 2013**

**Office of the
Inspector General
Use of Force Unit**

DC1-801 (7/03)

```
11/22/2013                FLORIDA DEPARTMENT OF CORRECTIONS        PAGE:  1
                              MINS INCIDENT REPORT                 TIME 16:42
```

```
PREPARED BY: ███████ GREENE, LAUREL E.          INCIDENT NUMBER: 00●0526044
INCIDENT TYPE: ████ IN SELF DEFENSE             STATUS OF INCIDENT: ENTERED
REPORT DATE:  11/22/2013                        REPORT TIME:  16:32
INCIDENT DATE: 11/20/2013                       INCIDENT TIME: 11:52
REPORT LOCATION: 230 SUWANNEE C.I               REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 11/20/2013
IG NUMBER:                                      UOF NUMBER:
IG ASSIGNED:                                    DATE IG ASSIGNED:
INCIDENT LOCATION: 63 CONFINEMENT               DAY CODE: 3     SHIFT CODE: 5
INJURIES: ████    STG/STI INVOLVEMENT: █        PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: Y   CONFIDENTIAL: N               INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N               CHEMICAL AGENTS USED: N
WEAPONS USED: N
DORM/WING/FLOOR/CELL/BED: H- - - -              SPONTANEOUS UOF: Y
FORCE TYPE: PHY: Y  CHM: N  MED RSTR: ██        VIDEO: HANDHELD: Y  WING: Y
```

```
           NAME                TITLE          BIRTHDATE  R S   ID NUMBER
-------------------- ----------------------- ---------- - - ----------------
PARTICIPANT (S)
  PERRY, FREDDIE .   CORRECTIONAL OFFICER              2 1 59669
  RUSSELL, DANIEL E. CORRECTIONAL OFFICER     ████████ 1 1 68687
SUBJECT (S)
  GIPSON, JERALD .   ACTIVE INMATE            02/06/1983 2 1 B00406
WITNESSES (S)
  FOGELL, BRIAN P.   CORRECTIONAL OFFICER     ████████ 1 1 50334
  PITTMAN, JEREMY J. CORRECTIONAL OFFICER     ████████ 1 1 56961
```

```
CONTRABAND RECOVERED        TYPE    POSSESS    QUANTITY      UNIT MSR
-------------------------   ------  -------   ----------    --------
```

DESCRIPTION OF INCIDENT:
        INMATE ATTEMPTED TO PULL THE HANDCUFFS INTO HIS CELL STATING
        THAT HE WAS GOING TO KILL HIMSELF BY JUMPING OFF OF SINK
        HEAD FIRST WITH IS CUFFS APPLIED. AFTER SEVERAL VERBAL
        ORDERS FOR INMATE TO STOP HIS PHYSICALLY RESISTANT ACTIONS
        ON THE ABOVE MENTIONED DATE AND TIME, OFFICER PERRY REPORTS
        THAT INMATE GIPSON ATTEMPTED TO PULL THE HANDCUFFS INTO THE
        CELL OFFICER PERRY MAINTAINED MY HOLD ON THE RIP TETHER,
        INMATE RELUCTANTLY COMPLIED WITH ALL ORDERS GIVEN. DUE TO
        INMATES STATEMENTS OF SELF HARM WHILE RESTRAINED AND STAFF
        ALREADY MAINTAINING A HOLD ON THE RIP TETHER ATTACHED TO THE
        HANDCUFFS THE DOOR WAS CYCLED OPEN AN INMATE ESCORTED OFF
        THE WING.  WHILE ESCORTING INMATE OFF THE WING AND AWAITING

11/22/2013          FLORIDA DEPARTMENT OF CORRECTIONS       PAGE:  2
                     MINS INCIDENT REPORT         TIME 16:42

THE ARRIVAL OF THE HAND HELD CAMERA, INMATE BECOME
PHYSICALLY RESISTANT WHILE IN THE SALLY PORT BETWEEN WING 3
AND 4 ATTEMPTING TO BREAK HIS CUSTODIAL HOLD AND SNATCH AWAY
FROM OFFICER PERRY, WHO ORDERED INMATE MULTIPLE TIMES TO
CEASE HIS ACTIONS TO NO AVAIL, AT THIS TIME THE UTILIZATION
OF REACTIONARY PHYSICAL FORCE WAS NECESSITATED. OFFICER
PERRY PLACED INMATE CHEST FIRST AGAINST THE H-DORMITORY
OUTSIDE WALL OF THE GROUP ROOM OF QUAD 3 VESTIBULE,
ATTEMPTING TO PIN INMATE TO THE WALL TO OVERCOME HIS
PHYSICAL RESISTANCE TO ALL ORDERS. HE WAS UNABLE TO MAINTAIN
HISHOLD ON INMATE WHILE HE CONTINUED HIS AGGRESSIVE BEHAVIOR
TOWARDS HIM.INMATE WAS PLACED CHEST DOWN ON THE FLOOR
UTILIZING BODYWEIGHT TO SUBDUE HIM, OFFICER D. RUSSELL
ARRIVED AND ASSISTED PINNING INMATE'S LEGS TO PREVENT HIM
FROM KICKING AT STAFF. ONCE INMATE BECAME COMPLIANT WITH ALL
ORDERS, ALL FORCE CEASED.

```
11/27/2013              FLORIDA DEPARTMENT OF CORRECTIONS            PAGE:  1
                           MINS INCIDENT REPORT                   TIME 08:26
```

```
PREPARED BY: ████    GREENE, LAUREL E.      INCIDENT NUMBER: 0000526721
INCIDENT TYPE: ███ OTHER ASSAULTS NOT AGGRAVA  STATUS OF INCIDENT: ENTERED
REPORT DATE:   11/27/2013                 REPORT TIME:    08:07
INCIDENT DATE: 11/20/2013                 INCIDENT TIME:  11:52
REPORT LOCATION: 230 SUWANNEE C.I         REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 11/20/2013
IG NUMBER:                                UOF NUMBER:
IG ASSIGNED:                              DATE IG ASSIGNED:
INCIDENT LOCATION: 14 CONFINEMENT         DAY CODE: 3     SHIFT CODE: 5
INJURIES: ████    STG/STI INVOLVEMENT: █  PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: Y   CONFIDENTIAL: N         INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N         CHEMICAL AGENTS USED: N
WEAPONS USED: N
```

```
         NAME              TITLE          BIRTHDATE  R S   ID NUMBER
------------------- ------------------------ ---------- - - ----------------
SUBJECT (S)
  GIPSON, JERALD  .    ACTIVE INMATE      02/06/1983 2 1 B00406
VICTIMS (S)
  PERRY, FREDDIE  .    CORRECTIONAL OFFICER  █████   2 1 59669
WITNESSES (S)
  FOGELL, BRIAN P.     CORRECTIONAL OFFICER  █████   1 1 50334
  PITTMAN, JEREMY J.   CORRECTIONAL OFFICER  █████   1 1 56961
  RUSSELL, DANIEL E.   CORRECTIONAL OFFICER  █████   1 1 68687
```

```
CONTRABAND RECOVERED        TYPE      POSSESS    QUANTITY     UNIT MSR
------------------------  ------    -------    ----------   --------
```

DESCRIPTION OF INCIDENT:
    ON THE ABOVE MENTIONED DATE AND TIME, OFFICER PERRY REPORTS
    THAT DURING A USE OF FORCE, INMATE GIPSON ATTEMPTED TO LUNGE
    AT HIM. OFFICER PERRY UTILIZED FURTHER FORCE TO PREVENT THE
    ASSUALT UPON HIMSELF.  REFER TO MINS # 526044

```
12/09/2013              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
                            MINS INCIDENT REPORT                      TIME 16:48
```

```
PREPARED BY:        MASON, TAMA C.           INCIDENT NUMBER: 0000528089
INCIDENT TYPE:    EXCESSIVE FORCE            STATUS OF INCIDENT: INSP. GEN
REPORT DATE:   12/06/2013                    REPORT TIME:   13:51
INCIDENT DATE: 12/06/2013                    INCIDENT TIME: 10:55
REPORT LOCATION: 209 R.M.C.- MAIN UNIT       REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 12/06/2013
IG NUMBER: 13-13788                          UOF NUMBER: N/A
IG ASSIGNED:                                 DATE IG ASSIGNED: 12/09/2013
INCIDENT LOCATION: 74 MEDICAL                DAY CODE: 5     SHIFT CODE: 2
INJURIES:         STG/STI INVOLVEMENT:       PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: Y   CONFIDENTIAL: N            INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N            CHEMICAL AGENTS USED: N
WEAPONS USED: N
```

```
        NAME              TITLE        BIRTHDATE  R S   ID NUMBER
-------------------- ----------------- ---------- - - ----------------
SUBJECT (S)
  PERRY, FREDDIE  .   CORRECTIONAL OFFICER           2 1 59669
VICTIMS (S)
  GIPSON, JERALD  .   ACTIVE INMATE     02/06/1983 2 1 B00406
```

```
CONTRABAND RECOVERED        TYPE    POSSESS    QUANTITY     UNIT MSR
------------------------    ------  -------   ----------   --------
```

DESCRIPTION OF INCIDENT:
      AT APPROXIMATELY 10:55 AM ON DECEMBER 6, 2013, OFFICER T.
      MASON REPORTS WHILE PRESENT ON 1-WEST SERVING INMATE GIPSON,
      JERALD #B00406 DISCIPLINARY REPORT #230-132355 (RECEIVED
      FROM SUWANNEE CI), INMATE GIPSON WROTE ON HIS WITNESS
      STATEMENT "OFFICER PREEY, I HAD PROBLEMS WITH THREATING TO
      PUT ME ON MY HEAD. I SAID SIR YOU NOT GOING TO JUMPED ON ME.
      HE SAID WATCH NO ONE WILL SEE. HE TOOK ME IN THE SALLY PORT
      WITH NO LIGHTS, LIGHTS OFF AND BY HIS SELF AND KICKED,
      PUNCH, AND BROKE MY JAW." IT SHOULD BE NOTED THAT THE
      DISCIPLINARY REPORT INMATE GIPSON RECEIVED WAS WRITTEN ON
      NOVEMBER 20, 2013 BY OFFICER PERRY AND THAT THE INFRACTION
      RESULTED IN A USE OF FORCE. INMATE GIPSON DID NOT MAKE ANY
      ALLEGATIONS AT THAT TIME. REFER TO SUWANNEE CI UOF #
      13-13325.

ACTION TAKEN:
      REFERRED TO THE USE OF FORCE UNIT FOR REVIEW.
      SEE MINS #526044, UOF #13-13325.   SF/RJH

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS
# (INSTITUTION)

## REPORT OF FORCE USED

Use of Force #: 13—10079

Institution/Office: Suwannee Correctional Institution            Time: 3:55PM   Date: September 8, 2013

Inmate Name: Gipson, Jerald                          Inmate DC Number: B00406

Type of Force Used:  Chemical: ☐  Physical: ☒
Type of Reaction:  Reactionary: ☒  Organized: ☐
Type of Video:  Fixed Wing: ☒  Handheld: ☒  Date and Time on Camera: 9/08/13  4:00PM

## I.   REPORT OF PERSON(S) USING FORCE -

### IA.   Narrative of Pre- Event

Inmate Initially counseled by: N/A                          Time: N/A          Results: N/A

Risk Assessment Review by: N/A                          Time: N/A

Organized Intervention requested by:   N/A                          From: N/A                          Time: N/A

Type of approved intervention:   OC: ☐  CS: ☐  FCE: ☐  MR: ☐  Other: N/A

Camera Operator (Rank and Full Name):   Officer Jeremy Pittman

Lead in statement by OIC (Rank and Full Name):   Sergeant Jamie Rodriguez

Final Order given by (Rank and Full Name): N/A                          Time: N/A

Order advised "If disruptive behavior continues chemical agents will be administered."

Chemical agents obtained by: N/ A                          Time: N/A          Weight Out in Grams: N/A

From: N/A

Inmate behavior:  Comply: ☐  Disruptive: ☐  Time: N/A          Time disruptive again: N/A

### IB.   Narrative of Event:

The utilization of reactionary physical force was necessitated as inmate was secured in his assigned cell H3-112 and became physically resistant while removing hand restraints. Inmate refused my orders to cease his actions in attempting to snatch away from my custodial grasp by pulling his hands into the cell. At this time I utilized my rip tether to pull his hand back through the cuff port with assistance from Officer Chase Markham while Officer Brian Fogell removed the remaining handcuff. Inmate became complaint pulling his hand inside the cuff port which was then secured. At which time all force ceased.

Staff Administering CA(Full Name and Rank): N/A                          Certification Exp.: N/A

Chemical Agent Canister Size: N/A                     Make: N/A

First Application of CA:   Time: N/A     Type: N/A     Amount in Grams: N/A

Second Application of CA:  Time: N/A     Type: N/A     Amount in Grams: N/A

Inmate behavior:  Compliant: ☒  Non-compliant: ☐  Time: 3:56PM

Additional intervention requested by: N/A

Approved by: N/A                          Type of Additional Intervention: N/A

Forced Cell Extraction:  Time: N/A          Additional CA Time: N/A          Amount in Grams: N/A

**Additional CA Intervention after Third Application (minimum of one hour from last application):**

**(Start a second Use of Force as a continuation if additional CA is administered.)**

### IC.   Post Event

Inmate compliant time: 3:56PM     Showered time: N/A

If Inmate refused shower, counseled by: N/A

Staff offering shower every 30 minutes    Name: N/A
up to 2 hours after final exposure:      Time: N/A     Time: N/A     Time: N/A     Time: N/A

Time Inmate issued clean clothing: N/A          Time placed in secure decontaminated cell: 4:07PM

Inmate monitored for 45-60 minutes for respiratory distress by: <u>N/A</u>

CA ending weight in Grams: <u>N/A</u>   Weighed by: <u>N/A</u>                                   Time: <u>N/A</u>

Inmate injuries: ███████████████████████████████████████████

Staff injuries: ████████████████████████████████████████████

Outside Medica   re    e   ████████████████████████████

### Additional Comments:

Inmate received a post use of force physical at cell front due to his aggitative state. Inmate made no allegations during this incident. Duty Warden A. Hill and EAC Duty Officer Barnes were notified and issued use of force #2013-09-14364.

Witnesses: <u>N/A</u>                          Witnesses: <u>N/A</u>
Witnesses: <u>N/A</u>                          Witnesses: <u>N/A</u>
Witnesses: <u>N/A</u>                          Witnesses: <u>N/A</u>

Subject Inmate ☐ accepted (DC6-112C attached) ☒ declined to make a statement.
If other Witnesses choose to make a statement, attach the appropriate DC6-112C.
Total number of DC6-112C attached to report:0

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

Full Name and Signature:   Officer Freddie Perry                            Date: <u>9/8/2013</u>
         Rank and Name of Reporting Officer

I have read Section I of this report in its entirety, I solemnly swear or affirm that the contents of this report are true and accurate as written to the best of my knowledge. I have been given the opportunity to make additional comments if needed. (Check "See Attachment" below if you disagree with Section I.) Attach your additional comments to this report. Each UOF Participant must sign below.

Participant: Officer Brian Fogell                 Agree with Section I: <u>N/A</u>  See Attachment: <u>N/A</u>
Participant: Officer Chase Markham                Agree with Section I: <u>N/A</u>  See Attachment: <u>N/A</u>
Participant: N/A                                  Agree with Section I: <u>N/A</u>  See Attachment: <u>N/A</u>
Participant: N/A                                  Agree with Section I: <u>N/A</u>  See Attachment: <u>N/A</u>

Use additional Sheets if necessary for Participants:

## II.   WARDEN'S REVIEW

I have reviewed the above report, attachments and videos (if applicable).
This report appears to be  ✓ / not to be _____ in compliance with rules governing Use of Force found in Rule 33-602.210, F.A.C.

Signature:  Warden Chris P. Landrum  _CP Kanol_                          Date: _9·23-13_
            Warden

## III.   INSPECTOR GENERAL'S REVIEW

☑ Complies with Rules and Procedures          ☐ Does not comply with Rules and Procedures

(Reason for Non-Compliance): _____

Signature OIG UOF Unit: _____   DEAN GLISSON   Date: _10/22/13_

### Abbreviations Key
CA - Chemical Agents
CN - Cloroacetophene
CS - Orthochlorbenzal Malononitrile or Orthochlorobenzylidene Malononitrile
FCE - Forced Cell Extraction
MR - Medical Restraints
OIC - Officer in Charge
OIG - Office of the Inspector General
OC - Oleoresin Capsicum (Pepper Spray)
UOF - Use of Force



RECEIVED
USE ...
SEP 27 2013
...
INSPECTOR

Received in UOF Unit

Institution:   Suwannee C. I.           Date:      September 9, 2013

Inmate Name:   Gipson, Jerald           Number:    B00406

**WARDEN'S SUMMARY:**

**This Use of Force appears to be in compliance with FAC 33-602.210. All related documentation, downloading of incident from fixed wing camera to CD and hand-held video DVD(s) have been reviewed and are now being forwarded to the Inspector General's Office for further review.  Final disposition shall be made upon completion of that review.**

The Shift Supervisor failed to state his name, or the staff involved i nthis reactionary use of force. This has been added to the Shift Supervisor's agenda to prevent future occurrences of this nature.

Date: ___9/23/13___          Signature: _____

# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Suwannee C.I. Main Unit | **Incident Report Number:** | 2308-2782 |
| **Reporting Employee:** | Officer Freddie Perry | **PREA Number:** | |
| **Employee ID Number:** | 59669 | **Date of incident:** | September 8, 2013 |
| **Person(s) Involved:** | Officers: Fredrick Perry, Brian Fogell, | **Time of incident:** | 3:55PM |
| | Chase Markham | **Witness (es):** | |
| | Inmate Gipson, Jerald DC# B00406 | | |

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☒ Yes ☐ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time:4:09PM | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time:4:14PM | Duty Officer Name: | Barnes |
| Supporting Documents Attached | YES | | |

**DETAILS OF INCIDENT:**

On September 8, 2013, at approximately 3:55PM, The utilization of reactionary physical force was necessitated as inmate Gipson, Jerald DC#B00406 was secured in his assigned cell H3-112 and became physically resistant while removing hand restraints. Inmate Gibson refused my orders to cease his actions in attempting to snatch away from my custodial grasp by pulling his hands into the cell. At this time I utilized my rip tether to pull his hands back through the cuff port with assistance from Officer Chase Markham while Officer Brian Fogell removed the remaining handcuff. Inmate became complaint pulling his hand inside the cuff port, which was then secured. At which time all force ceased. At which time all force ceased. A DC6-230, Use of Force report was initiated, completed and forwarded with supporting documentation.

| | | |
|---|---|---|
| **Officer Freddie Perry** | _[signature]_ | September 8, 2013 |
| Reporting Employee's Name (Print) | Reporting Employee's Signature | Date |

**Shift Supervisor/ Department Head**

**COMMENT:**

See attached DC6-230 for addition information regarding this reactionary use of force. Inmate Gipson ▉▉▉▉ ue to hi ▉▉▉▉ and retained in inmate Gipson's ▉▉▉▉ No allegations were made by inmate Gipson at any time. Inmate Gipson received a disciplinary report for (6-1) disobeying a verbal order.

| | | |
|---|---|---|
| **Lieutenant John Wilson** | _[signature]_ | September 8, 2013 |
| Shift Supervisor's/ Department Head's Name (Print) | Supervisor's Signature | Date |

**REVIEW:**

A review of all video recordings and all relevant documents to this use of force will be reviewed for compliance with departmental rules and procedures and will be forwarded to the Office of the Inspector General for final review and disposition.

| | | |
|---|---|---|
| **Major Ronny Morgan** | _[signature]_ | 9/9/13 |
| Correctional Officer Chief's Name (Print) | Correctional Officer Chief's Signature | Date |

**REVIEW:**

A review of all video recordings and all relevant documents to this use of force will be reviewed for compliance with departmental rules and procedures and will be forwarded to the Office of the Inspector General for final review and disposition.

| | | |
|---|---|---|
| **Warden Chris P. Landrum** | _[signature]_ | 9/9/13 |
| Warden's Name (Print) | Warden's Signature | Date |

DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

**Reporting Institution:**    **Suwannee C. I.**      **Incident Report Number:** 23013-2192A

**Reporting Employee:**   Officer Brian Fogell      **PREA Number:** _____

**Employee ID Number:** ~~59009~~ 50334      **Date of incident:** September 8, 2013

**Person(s) Involved:**   Officers Fredrick Perry, Brian Fogell,      **Time of incident:** 3:55PM

     Chase Markham      **Witness (es):** _____

     Inmate Gipson, Jerald DC#B00406

| | | | |
|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☒ Yes ☐ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time: 4:09PM | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time: 4:14PM | Duty Officer Name: | Barnes |
| Supporting Documents Attached | YES | | |

**DETAILS OF INCIDENT:**

On September 8, 2013, at approximately 3:55PM, the utilization of reactionary physical force was necessitated as a result of inmate Gipson, Jerald DC# B00406, becoming combative and attempting to snatch away from Officer Freddie Perry. I assisted Officer Perry in removing the handcuff. Once Inmate Gipson was unrestrained and ceased his actions, all force ceased by me. A DC6-230, Use of Force report was initiated, completed and forwarded with supporting documentation.

**Officer Brian Fogell**       *[signature]*       September 8, 2013
**Reporting Employee's Name (Print)**       **Reporting Employee's Signature**       **Date**

**Shift Supervisor/ Department Head**

**COMMENT:**

Reference Use of Force Incident Report submitted by Officer Freddie Perry on this date for further information relevant to this incident.

**Lieutenant John Wilson**       *[signature]*       September 8, 2013
**Shift Supervisor's/ Department Head's Name (Print)**       **Supervisor's Signature**       **Date**

**REVIEW:**

Refer to incident report # 23013-2192

**Major Ronny Morgan**       *[signature]*       9/9/13
**Correctional Officer Chief's Name (Print)**       **Correctional Officer Chief's Signature**       **Date**

Refer to incident report # 23073-2192

**Warden Christopher P. Landrum**       *[signature]*       9/9/13
**Warden's Name (Print)**       **Warden's Signature**       **Date**

DC6-210 (12/12 )      Incorporated by Reference in Rule 33-602.210, F.A.C.      Page 1 of 2

DEPARTMENT OF CORRECTION

# INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | **Suwannee C. I.** | **Incident Report Number:** | 23u13-27026 |
| **Reporting Employee:** | Officer Chase Markham | **PREA Number:** | |
| **Employee ID Number:** | 69687 | **Date of incident:** | September 8, 2013 |
| **Person(s) Involved:** | Officers: Fredrick Perry, Brian Fogell | **Time of incident:** | 3:55PM |
| | Chase Markham | **Witness (es):** | |
| | Inmate: Gipson, Jerald DC# B00406 | | |

Control Room Log Entry Made: ☒ Yes ☐ No
Inmate Placed in Confinement: ☒ Yes ☐ No
Duty Warden Notified: ☒ Yes ☐ No Time: 4:09PM
EAC Notified: ☒ Yes ☐ No Time: 4:14PM
Supporting Documents Attached   YES

Disciplinary Report Initiated: ☒ Yes ☐ No
Work Order Initiated: ☐ Yes ☒ No
MINS Initiated: ☒ Yes ☐ No
Duty Officer Name:   Barnes

**DETAILS OF INCIDENT:**

On September 8, 2013, at approximately 3:55PM, the utilization of reactionary physical force was necessitated as a result of inmate Gipson, Jerald DC# B00406, becoming combative and attempting to snatch away from Officer Freddie Perry. I assisted Officer Perry in un-restraining Inmate Gipson's right arm. Once inmates handcuff was removed and he ceased his actions all force ceased by me. A DC6-230, Use of Force report was initiated, completed and forwarded with supporting documentation.

| | | |
|---|---|---|
| **Officer Chase Markham** | C Markham | September 8, 2013 |
| Reporting Employee's Name (Print) | Reporting Employee's Signature | Date |

**Shift Supervisor/ Department Head**

**COMMENT:**

Reference Use of Force Incident Report submitted by Officer Freddie Perry on this date for further information relevant to this incident.

| | | |
|---|---|---|
| **Lieutenant John Wilson** | _(signature)_ | September 8, 2013 |
| Shift Supervisor's/ Department Head's Name (Print) | Supervisor's Signature | Date |

**REVIEW:**
Refer to incident report #   23013-2702

| | | |
|---|---|---|
| **Major Ronny Morgan** | _(signature)_ | 9/8/13 |
| Correctional Officer Chief's Name (Print) | Correctional Officer Chief's Signature | Date |

**REVIEW:**
Refer to incident report #   23013-2702

| | | |
|---|---|---|
| **Warden Christopher P. Landrum** | CP Landrum | 9/9/13 |
| Warden's Name (Print) | Warden's Signature | Date |

DC6-210 (12/12 )      Incorporated by Reference in Rule 33-602.210, F.A.C.      Page 1 of 2





APPENDIX - D

## DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## CHAIN OF CUSTODY

Case:_____ #13-_____     Inspector:_____

Offense:__Use of Force_____     Subject:__I/m Gipson, Jerald_____
                                                          # B00406

Evidence Description:__Fixed Wing Footage of UOF on Subject-_____

_____

Recovered by:__Officer L. Greene_____   Date:__9-9-13____ Time:_____ a.m./p.m.

Place Evidence Found:__■____System- Colonel's Office_____

Recovered:__1 disc_____   Date:__9-9-13_____
To:__Greer_____   Time:__11:30_____ a.m./p.m.

From:__Greer_____   Date:__9-9-13_____
To:__R. Morgan_____    Time:__12:00_____ a.m./p.m.

From:__R. Morgan_____    Date:__9/16/13_____
To:__R.A. Lukens_____    Time:__3:00_____ a.m./p.m.

From:__RA Lukens_____    Date:__9-23-13_____
To:__C.P. Landrum (IG)_____    Time:__44S_____ a.m./p.m.

From:__C.P. Landrum (IG)_____    Date:_____
To:_____   Time:_____ a.m./p.m.

_____

From:_____ Date:_____
To:_____   Time:_____ a.m./p.m.

USE ____
SEP 27 2013

DC1-801 (7/03)

APPENDIX - D

# DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### CHAIN OF CUSTODY

Case: _13_      Inspector: _____

Offense: _____      Subject: _GIPSON, JERALD DC# B00406_

Evidence Description: _USE OF FORCE DVD RECORDING_ _____

_____

Recovered by: _LIEUTENANT JOHN WILSON_   Date: _9-8-13_    Time: ~~6:00~~ 4:07 a.m./p.m.

Place Evidence Found: _HAND HELD VIDEO RECORDER_ _____

Recovered: _LIEUTENANT J. WILSON_     Date: _9-8-13_

To: _DVD STORAGE LOCKER_     Time: _6:00_ _____ a.m./p.m.

From: _DVD box_     Date: _9-9-13_

To: _[signature]_     Time: _8w_ _____ a.m./p.m.

From: _[signature]_     Date: _9-9-13_

To: _R. Morg_     Time: _12:00_ _____ a.m./p.m.

From: _P. Morg_     Date: _9/16/13_

To: _R.A. Lukens_     Time: _3:00_ _____ a.m./p.m.

From: _R.A. Lukens_     Date: _9-23-13_

To: _C.P. Larden_     Time: _445_ _____ a.m./p.m.

From: _C.P. Larden_     Date: _____

To: _____     Time: _____ a.m./p.m.

DCI-801 (7/03)      Incorporated by Reference in Rule 33-602.203, F. A. C.

APPENDIX - D
# DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## CHAIN OF CUSTODY
**Continuation**
**Page 2 of 2**


Case: _____     Inspector: _____

Offense: <u>Use of Force</u>_____     Subject: _____

Evidence Description: _____ —

Recovered by: _____ ___ ___ _____ Date: _____ Time: _____ a.m./p.m.

Place Evidence Found: _____

---

Recovered:   <u>Mail</u>_____   Date: _____

To: _____ <u>Inspector Murphy</u>___   _____ _____ Time: _____ a.m./p.m.

*(stamp: RECEIVED / USE OF FORCE / SEP 27 2013 / INSPECTION)*

---

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

---

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

---

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

---

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

---

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

DC1-801 (7/03)          Incorporated by Reference in Rule 33-602.203, F. A. C.

```
09/09/2013                  FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
████                          MINS INCIDENT REPORT                       TIME 16:58


PREPARED BY: ████   GREENE, LAUREL E.        INCIDENT NUMBER: 0000513218
INCIDENT TYPE: ████PHYSICAL RESIST.TO LAWFUL   STATUS OF INCIDENT: ENTERED
REPORT DATE:   09/09/2013                    REPORT TIME:   16:22
INCIDENT DATE: 09/08/2013                    INCIDENT TIME: 15:55
REPORT LOCATION: 230 SUWANNEE C.I            REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 09/08/2013
IG NUMBER:                                   UOF NUMBER:
IG ASSIGNED:                                 DATE IG ASSIGNED:
INCIDENT LOCATION: 63 CONFINEMENT            DAY CODE: 7    SHIFT CODE: 5
INJURIES ████   STG/STI INVOLVEMENT ████     PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: Y   CONFIDENTIAL: N            INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N            CHEMICAL AGENTS USED: N
WEAPONS USED: N
DORM/WING/FLOOR/CELL/BED: H-3-1-12-          SPONTANEOUS UOF: Y
FORCE TYPE: PHY: Y   CHM: N   MED RSTR:████  VIDEO: HANDHELD: Y   WING: Y



         NAME                TITLE         BIRTHDATE  R S   ID NUMBER
-------------------- ----------------------- ---------- - - ----------------
PARTICIPANT (S)
  FOGELL, BRIAN P.    CORRECTIONAL OFFICER              1 50334
  MARKHAM, CHASE L.   CORRECTIONAL OFFICER   █████████  1 69687
  PERRY, FREDDIE  .   CORRECTIONAL OFFICER   █████████  1 59669
SUBJECT (S)
  GIPSON, JERALD  .   ACTIVE INMATE          02/06/1983 2 1 B00406


CONTRABAND RECOVERED        TYPE      POSSESS     QUANTITY      UNIT MSR
-------------------------   ------    -------    ----------    --------
```

████████████████████████████████████████████████

DESCRIPTION OF INCIDENT:
```
        ON THE ABOVE MENTIONED DATE AND TIME, OFFICER PERRY REPORTS
        THAT THE UTILIZATION OF REACTIONARY PHYSICAL FORCE WAS
        NECESSITATED AS INMATE WAS SECURED IN HIS ASSIGNED CELL
        H3-112 AND BECAME PHYSICALLY RESISTANT WHILE REMOVING HAND
        RESTRAINTS. INMATE REFUSED ORDERS TO CEASE HIS ACTIONS IN
        ATTEMPTING TO SNAT CH AWAY FROM CUSTODIAL GRASP BY PULLING
        HIS HANDS INTO THE  CELL. AT THIS TIME, OFFICER PERRY
        UTILIZED MY RIP TETHER TO PULL HIS HAND BACK THROUGH THE
        CUFF PORT WITH ASSISTANCE FROM OFFICER CHASE MARKHAM WHILE
        OFFICER BRIAN FOGELL REMOVED THE REMAINING HANDCUFF. INMATE
        BECAME COMPLAINT PULLING HIS HAND INSIDE THE CUFF PORT WHICH
        WAS THEN SECURED. AT WHICH TIME ALL FORCE CEASED.
```