```
12/09/2013           FLORIDA DEPARTMENT OF CORRECTIONS            PAGE:  1
MIN0101                    MINS INCIDENT REPORT                   TIME 16:48


PREPARED BY: R209TCM MASON, TAMA C.          INCIDENT NUMBER: 0000528089
INCIDENT TYPE: 10H EXCESSIVE FORCE           STATUS OF INCIDENT: INSP. GEN
REPORT DATE:    12/06/2013                   REPORT TIME:    13:51
INCIDENT DATE: 12/06/2013                    INCIDENT TIME: 10:55
REPORT LOCATION: 209 R.M.C.- MAIN UNIT       REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 12/06/2013
IG NUMBER: 13-13788                          UOF NUMBER: N/A
IG ASSIGNED:                                 DATE IG ASSIGNED: 12/09/2013
INCIDENT LOCATION: 74 MEDICAL                DAY CODE: 5      SHIFT CODE: 2
INJURIES: Y     STG/STI INVOLVEMENT: N       PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: Y    CONFIDENTIAL: N           INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N            CHEMICAL AGENTS USED: N
WEAPONS USED: N


         NAME               TITLE          BIRTHDATE   R S   ID NUMBER
   --------------------  ----------------  ---------   - -   -----------
SUBJECT(S)
   PERRY, FREDDIE    .  CORRECTIONAL OFFICER             2 1
VICTIMS(S)
   GIPSON, JERALD    .  ACTIVE INMATE                    2 1  B00406


CONTRABAND RECOVERED          TYPE      POSSESS    QUANTITY       UNIT MSR
-------------------------   --------    -------    --------       --------


MEDICAL DEPT. DESCRIPTION OF INJURIES:
    REFER TO SUWANNEE CI UOF # 13-13325.


DESCRIPTION OF INCIDENT:
    AT APPROXIMATELY 10:55 AM ON DECEMBER 6, 2013, OFFICER T.
    MASON REPORTS WHILE PRESENT ON 1-WEST SERVING INMATE GIPSON,
    JERALD #B00406 DISCIPLINARY REPORT #230-132355 (RECEIVED
    FROM SUWANNEE CI), INMATE GIPSON WROTE ON HIS WITNESS
    STATEMENT "OFFICER PREEY, I HAD PROBLEMS WITH THREATING TO
    PUT ME ON MY HEAD. I SAID SIR YOU NOT GOING TO JUMPED ON ME.
    HE SAID WATCH NO ONE WILL SEE. HE TOOK ME IN THE SALLY PORT
    WITH NO LIGHTS, LIGHTS OFF AND BY HIS SELF AND KICKED,
    PUNCH, AND BROKE MY JAW." IT SHOULD BE NOTED THAT THE
    DISCIPLINARY REPORT INMATE GIPSON RECEIVED WAS WRITTEN ON
    NOVEMBER 20, 2013 BY OFFICER PERRY AND THAT THE INFRACTION
    RESULTED IN A USE OF FORCE. INMATE GIPSON DID NOT MAKE ANY
    ALLEGATIONS AT THAT TIME. REFER TO SUWANNEE CI UOF #
    13-13325.


ACTION TAKEN:
    REFERRED TO THE USE OF FORCE UNIT FOR REVIEW.
    SEE MINS #526044, UOF #13-13325.    SF/RJH
```

IG 13-13788