```
                    FLORIDA DEPARTMENT OF CORRECTIONS         03/27/2017
 ISSO152 (03)                 DISCIPLINARY REPORT                  PAGE   1
                           LOG # 230-132355
-------------------------------------------------------------------------------
  DC#: B00406    INMATE NAME: GIPSON, JERALD                INFRACTION
  VIOLATION CODE:  0061   TITLE: DISOBEYING ORDER         DATE: 11/20/2013
  FACILITY CODE:  230     NAME: SUWANNEE C.I              TIME: 11:52
-------------------------------------------------------------------------------
I.   STATEMENT OF FACTS:
         ON NOVEMBER 20, 2013, AT APPROXIMATELY 11:52AM, I WAS
         ESCORTING INMATE GIPSON, JERALD DC#B00406 TO MEDICAL.
         DURING THE ESCORT, INMATE GIPSON BECAME PHYSICALLY RESISTANT
         AND ATTEMPTED TO BREAK MY CUSTODIAL HOLD.  I ORDERED INMATE
         GIPSON MULTIPLE TIMES TO CEASE HIS ACTIONS TO NO AVAIL.  THE
         UTILIZATION OF REACTIONARY PHYSICAL FORCE WAS NECESSITATED.
         A DC6-230, USE OF FORCE REPORT WAS INITIATED, COMPLETED, AND
         FORWARDED WITH SUPPORTING DOCUMENTATION.  INMATE GIPSON IS
         IN DIRECT VIOLATION OF RULES OF PROHIBITED CONDUCT BY AN
         INMATE F.A.C. 33-601.314 (6-1) DISOBEYING VERBAL OR WRITTEN
         ORDER - ANY ORDER GIVEN TO AN INMATE OR INMATES BY A STAFF
         MEMBER OR OTHER AUTHORIZED PERSON.  INMATE GIPSON WAS PLACED
         INTO CELL H3-101 ON TCU STATUS PENDING THE OUTCOME OF THIS
         DISCIPLINARY REPORT.

  REPORT WRITTEN: 11/20/2013, AT 13:00    OFFICER:      - PERRY, F.
  ASSIGNED AND APPROVED BY: NTL14 - NORTH, THOMAS L.
-------------------------------------------------------------------------------
II.  INVESTIGATION:
     WITNESSES:
         INMATE VANDUYL, DUANE #W03563 COMPLETED A DC6-112C.
         THERE IS NOT AN OFFICER BROWINE EMPLOYED WITH THE DEPARTMENT
         INMATE OFFERED STAFF ASSISTANCE: DECLINED

  INVESTIGATION BEGUN:  11/20/2013, AT 15:19   OFFICER: RR019 - RATLIFF, R. R.
  INVESTIGATION ENDED:  12/06/2013, AT 14:20
-------------------------------------------------------------------------------

III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 12/06/2013, AT: 10:55

                        DELIVERED BY :       - MASON, TAMA C.
-------------------------------------------------------------------------------
IV.  DESIGNATING AUTHORITY REVIEW     LEVEL: MAJOR    DATE: 12/12/2013
         DELAYED DUE TO INMATE TRANSFERRED TO RMC, THEN TO OUTSIDE
         HOSPITAL.

                         OFFICER:        PERRY, VALERIE
-------------------------------------------------------------------------------
V.        TEAM    FINDINGS AND ACTION    DATE: 12/19/2013, AT: 15:30
         INMATE OFFERED STAFF ASSISTANCE: DECLINED
         INMATE PLEA: NO CONTEST   FINDINGS: GUILTY
         INM PRESNT: Y   WAIVED 24 HR NOTICE: N
      POSTPONEMENT:
      BASIS FOR DECISION:
         BASED UPON INMATE`S PLEA OF NO CONTEST.
      HEARING DELAY COMMENTS:
         HEARING DELAYED DUE TO INMATE BEING TRANSFERRED TO RMC
         FOR MEDICAL PURPOSES.

   ACTIONS TAKEN:
    LOSS OF GAIN TIME:       0000; PROBATION DAYS SET: 000
    DISCIPLINARY CONFINEMENT:  30; PROBATION DAYS SET:   0 CONSECUTIVE
    ALTERNATIVE HOUSING:     0000;
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS            03/27/2017
   ISSO152 (03)           DISCIPLINARY REPORT                    PAGE    2
                           LOG # 230-132355
--------------------------------------------------------------------------
  DC#: B00406    INMATE NAME: GIPSON, JERALD           INFRACTION
  VIOLATION CODE: 0061   TITLE: DISOBEYING ORDER       DATE: 11/20/2013
  FACILITY CODE: 230     NAME: SUWANNEE C.I            TIME: 11:52
--------------------------------------------------------------------------
                             0000               000

    RESTITUTION:      $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

    TEAM CHAIRMAN:            - BENNETT, TROY SHANE
    TEAM MEMBERS:             - HOLLAND, ELIZABETH L         -
--------------------------------------------------------------------------
  VI.  REVIEW AND FINAL ACTION: APPROVED
            WARDEN:            LANDRUM, C.P      DATE: 01/10/2014
--------------------------------------------------------------------------
  VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
            WARDEN:         -                    DATE: 00/00/0000
--------------------------------------------------------------------------

    INFORMATIONAL NOTES:
       MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:    0 DAYS
--------------------------------------------------------------------------
DC4-804
```