# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS
# (INSTITUTION)

## REPORT OF FORCE USED

Use of Force #: ___13—10079___

Institution/Office: Suwannee Correctional Institution_____   Time: 3:55PM__Date: September 8, 2013___

Inmate Name: Gipson, Jerald_____   Inmate DC Number: B00406_____

Type of Force Used:  Chemical: ☐   Physical: ☒
Type of Reaction:   Reactionary: ☒  Organized: ☐
Type of Video:  Fixed Wing: ☒   Handheld: ☒   Date and Time on Camera: 9/08/13  4:00PM_____

## I.    REPORT OF PERSON(S) USING FORCE -

### IA.    Narrative of Pre- Event

Inmate Initially counseled by: N/A_____   Time: N/A_____  Results: N/A_____

Risk Assessment Review by: N/A_____   Time: N/A_____

Organized Intervention requested by:   N/A_____  From: N/A_____   Time: N/A_____

Type of approved intervention:   OC: ☐  CS: ☐  FCE: ☐   MR: ☐   Other: N/A_____

Camera Operator (Rank and Full Name):   Officer Jeremy Pittman_____

Lead in statement to OIC (Rank and Full Name):   Sergeant Jamie Rodriguez_____

Final Order given by (Rank and Full Name): N/A_____  Time: N/A_____

Order advised "If disruptive behavior continues chemical agents will be administered."

Chemical agents obtained by: N/A_____  Time: N/A____  Weight Out in Grams: N/A_____

From: N/A_____

Inmate behavior:  Comply: ☐  Disruptive: ☐  Time: N/A_____  Time disruptive again: N/A_____

### IB.    Narrative of Event:

The utilization of reactionary physical force was necessitated as inmate was secured in his assigned cell H3-112 and became physically resistant while removing hand restraints. Inmate refused my orders to cease his actions in attempting to snatch away from my custodial grasp by pulling his hands into the cell. At this time I utilized my rip tether to pull his hand back through the cuff port with assistance from Officer Chase Markham while Officer Brian Fogell removed the remaining handcuff. Inmate became complaint pulling his hand inside the cuff port which was then secured. At which time all force ceased.

Staff Administering CA(Full Name and Rank): N/A_____  Certification Exp.: N/A_____

Chemical Agent Canister Size: N/A_____  Make: N/A_____

First Application of CA:   Time: N/A____  Type:  N/A_____  Amount in Grams:  N/A___

Second Application of CA:  Time: N/A____  Type:  N/A_____  Amount in Grams:  N/A___

Inmate behavior:  Compliant: ☒  Non-compliant: ☐  Time:  3:56PM_____

Additional intervention requested by: N/A_____

Approved by:  N/A_____  Type of Additional Intervention:  N/A_____

Forced Cell Extraction:  Time:  N/A_____  Additional CA Time:  N/A_____  Amount in Grams:  N/A___

**Additional CA Intervention after Third Application (minimum of one hour from last application):**

**(Start a second Use of Force as a continuation if additional CA is administered.)**

### IC.    Post Event

Inmate compliant time:  3:56PM____  Showered time:  N/A_____  ████████████████████████

If Inmate refused shower, counseled by:  N/A_____  ████████████████████████████

Staff offering shower every 30 minutes   Name:  N/A_____
up to 2 hours after final exposure:   Time:  N/A_____  Time: N/A_____  Time: N/A_____  Time: N/A_____

Time Inmate issued clean clothing:  N/A_____   Time placed in secure decontaminated cell:  4:07PM_____

Inmate monitored for 45-60 minutes for respiratory distress by:  <u>N/A</u>

CA ending weight in Grams: <u>N/A</u>   Weighed by: <u>N/A</u>                                    Time: <u>N/A</u>

Inmate injuries: ███████████████████████████████████████████████████████

Staff injuries: ████████████████████████████████████████████████████████

Outside Medical Treatment: ██████████████████████████████

## Additional Comments:

Inmate received a post use of force physical at cell front due to his aggitative state.  Inmate made no allegations during this incident.  Duty Warden A. Hill and EAC Duty Officer Barnes were notified and issued use of force #2013-09-14364.

Witnesses: <u>N/A</u>                                 Witnesses: <u>N/A</u>

Witnesses: <u>N/A</u>                                 Witnesses: <u>N/A</u>

Witnesses: <u>N/A</u>                                 Witnesses: <u>N/A</u>

Subject Inmate ☐ accepted (DC6-112C attached) ☒ declined to make a statement.
If other Witnesses choose to make a statement, attach the appropriate DC6-112C.
Total number of DC6-112C attached to report:0

**I SOLEMNLY SWEAR OR AFFIRM THAT THE ABOVE REPORT IS TRUE AND ACCURATE AS WRITTEN, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, TO THE BEST OF MY KNOWLEDGE.**

Full Name and Signature:   Officer Freddie Perry                         Date:  9/8/2013
           Rank and Name of Reporting Officer

I have read Section I of this report in its entirety, I solemnly swear or affirm that the contents of this report are true and accurate as written to the best of my knowledge.  I have been given the opportunity to make additional comments if needed.  (Check "See Attachment" below if you disagree with Section I.) Attach your additional comments to this report.  Each UOF Participant must sign below.

Participant: Officer Brian Fogell             Agree with Section I: <u>N/A</u>  See Attachment: <u>N/A</u>
Participant: Officer Chase Markham            Agree with Section I: <u>N/A</u>  See Attachment: <u>N/A</u>
Participant: N/ A                             Agree with Section I: <u>N/A</u>  See Attachment: <u>N/A</u>
Participant: N/A                              Agree with Section I: <u>N/A</u>  See Attachment: <u>N/A</u>

Use additional Sheets if necessary for Participants:

## II.    WARDEN'S REVIEW

I have reviewed the above report, attachments and videos (if applicable).
This report appears to be  ✓ / not to be _____ in compliance with rules governing Use of Force found in Rule 33-602.210, F.A.C.

Signature:  Warden Chris P. Landrum                              Date:  9·23-13
                 Warden

## III.    INSPECTOR GENERAL'S REVIEW

☑ Complies with Rules and Procedures        ☐ Does not comply with Rules and Procedures

(Reason for Non-Compliance): 

Signature OIG UOF Unit:                          DEAN GLISSON      Date: 10/22/13

### Abbreviations Key

| | |
|---|---|
| CA - | Chemical Agents |
| CN - | Cloroacetophene |
| CS - | Orthochlorbenzal Malononitrile or Orthochlorobenzylidene Malononitrile |
| FCE - | Forced Cell Extraction |
| MR - | Medical Restraints |
| OIC - | Officer in Charge |
| OIG - | Office of the Inspector General |
| OC - | Oleoresin Capsicum (Pepper Spray) |
| UOF - | Use of Force |

SEP 2 7 2013

Received in UOF Unit

DC6-230 (Effective 12/12)    Incorporated by Reference in Rule, 33-602.210, F. A. C.

| | | | |
|---|---|---|---|
| Institution: | Suwannee C. I. | Date: | September 9, 2013 |
| Inmate Name: | Gipson, Jerald | Number: | B00406 |

**WARDEN'S SUMMARY:**

**This Use of Force appears to be in compliance with FAC 33-602.210. All related documentation, downloading of incident from fixed wing camera to CD and hand-held video DVD(s) have been reviewed and are now being forwarded to the Inspector General's Office for further review.  Final disposition shall be made upon completion of that review.**

The Shift Supervisor failed to state his name, or the staff involved in this reactionary use of force. This has been added to the Shift Supervisor's agenda to prevent future occurrences of this nature.

Date:  9/23/13                    Signature:  _____

# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Suwannee C.I. Main Unit | **Incident Report Number:** | 2308-2782 |
| **Reporting Employee:** | Officer Freddie Perry | **PREA Number:** | |
| **Employee ID Number:** | 59669 | **Date of incident:** | September 8, 2013 |
| **Person(s) Involved:** | Officers: Fredrick Perry, Brian Fogell, | **Time of incident:** | 3:55PM |
| | Chase Markham | **Witness (es):** | |
| | Inmate Gipson, Jerald DC# B00406 | | |

| | | | | |
|---|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes ☐ No | Disciplinary Report Initiated: | ☒ Yes ☐ No |
| Inmate Placed in Confinement: | ☒ Yes ☐ No | Work Order Initiated: | ☐ Yes ☒ No |
| Duty Warden Notified: | ☒ Yes ☐ No Time:4:09PM | MINS Initiated: | ☒ Yes ☐ No |
| EAC Notified: | ☒ Yes ☐ No Time:4:14PM | Duty Officer Name: | Barnes |
| Supporting Documents Attached | YES | | |

**DETAILS OF INCIDENT:**

On September 8, 2013, at approximately 3:55PM, The utilization of reactionary physical force was necessitated as inmate Gipson, Jerald DC#B00406 was secured in his assigned cell H3-112 and became physically resistant while removing hand restraints. Inmate Gibson refused my orders to cease his actions in attempting to snatch away from my custodial grasp by pulling his hands into the cell. At this time I utilized my rip tether to pull his hands back through the cuff port with assistance from Officer Chase Markham while Officer Brian Fogell removed the remaining handcuff. Inmate became complaint pulling his hand inside the cuff port, which was then secured. At which time all force ceased. At which time all force ceased. A DC6-230, Use of Force report was initiated, completed and forwarded with supporting documentation.

| | | |
|---|---|---|
| **Officer Freddie Perry** | | **September 8, 2013** |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor/ Department Head**

**COMMENT:**

See attached DC6-230 for addition information regarding this reactionary use of force. Inmate Gipson ████████████████████ cell front by ███████████ due to his agitated state. Th ██████████ ere documented and retained in inmate Gipson' ██████████ No allegations were made by inmate Gipson at any time. Inmate Gipson received a disciplinary report for (6-1) disobeying a verbal order.

| | | |
|---|---|---|
| **Lieutenant John Wilson** | | **September 8, 2013** |
| **Shift Supervisor's/ Department Head's Name (Print)** | **Supervisor's Signature** | **Date** |

**REVIEW:**

A review of all video recordings and all relevant documents to this use of force will be reviewed for compliance with departmental rules and procedures and will be forwarded to the Office of the Inspector General for final review and disposition.

| | | |
|---|---|---|
| **Major Ronny Morgan** | | 9/8/13 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:**

A review of all video recordings and all relevant documents to this use of force will be reviewed for compliance with departmental rules and procedures and will be forwarded to the Office of the Inspector General for final review and disposition.

| | | |
|---|---|---|
| **Warden Chris P. Landrum** | | 9/8/13 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

| | | |
|---|---|---|
| DC6-210 (Effective 12/12) | Incorporated by Reference in Rule 33-602.210, F.A.C. | Page 1 of 2 |

DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

**Reporting Institution:** Suwannee C. I.

**Incident Report Number:** 23013-2782A

**Reporting Employee:** Officer Brian Fogell

**PREA Number:**

**Employee ID Number:** ~~59669~~ 50394

**Date of incident:** September 8, 2013

**Person(s) Involved:** Officers Fredrick Perry, Brian Fogell,

Chase Markham

**Time of incident:** 3:55PM

**Witness (es):**

Inmate Gipson, Jerald DC#B00406

| | | | | | |
|---|---|---|---|---|---|
| Control Room Log Entry Made: | ☒ Yes | ☐ No | Disciplinary Report Initiated: | ☒ Yes | ☐ No |
| Inmate Placed in Confinement: | ☒ Yes | ☐ No | Work Order Initiated: | ☐ Yes | ☒ No |
| Duty Warden Notified: | ☒ Yes | ☐ No Time: 4:09PM | MINS Initiated: | ☒ Yes | ☐ No |
| EAC Notified: | ☒ Yes | ☐ No Time: 4:14PM | Duty Officer Name: | Barnes | |
| Supporting Documents Attached | YES | | | | |

**DETAILS OF INCIDENT:**

On September 8, 2013, at approximately 3:55PM, the utilization of reactionary physical force was necessitated as a result of inmate Gipson, Jerald DC# B00406, becoming combative and attempting to snatch away from Officer Freddie Perry. I assisted Officer Perry in removing the handcuff. Once Inmate Gipson was unrestrained and ceased his actions, all force ceased by me. A DC6-230, Use of Force report was initiated, completed and forwarded with supporting documentation.

Officer Brian Fogell
**Reporting Employee's Name (Print)**

**Reporting Employee's Signature**

September 8, 2013
**Date**

**Shift Supervisor/ Department Head**

**COMMENT:**

Reference Use of Force Incident Report submitted by Officer Freddie Perry on this date for further information relevant to this incident.

Lieutenant John Wilson
**Shift Supervisor's/ Department Head's Name (Print)**

**Supervisor's Signature**

September 8, 2013
**Date**

**REVIEW:**

Refer to incident report # 23013-2782

Major Ronny Morgan
**Correctional Officer Chief's Name (Print)**

**Correctional Officer Chief's Signature**

9/8/13
**Date**

Refer to incident report # 23073-2782

Warden Christopher P. Landrum
**Warden's Name (Print)**

**Warden's Signature**

9/9/13
**Date**

DC6-210 (12/12)       Incorporated by Reference in Rule 33-602.210, F.A.C.       Page 1 of 2

DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

| | | | |
|---|---|---|---|
| **Reporting Institution:** | Suwannee C. I. | **Incident Report Number:** | 23u13-2782 8 |
| **Reporting Employee:** | Officer Chase Markham | **PREA Number:** | |
| **Employee ID Number:** | 69687 | **Date of incident:** | September 8, 2013 |
| **Person(s) Involved:** | Officers: Fredrick Perry, Brian Fogell | **Time of incident:** | 3:55PM |
| | Chase Markham | **Witness (es):** | |
| | Inmate: Gipson, Jerald DC# B00406 | | |

Control Room Log Entry Made: ☒ Yes ☐ No     Disciplinary Report Initiated: ☒ Yes ☐ No
Inmate Placed in Confinement: ☒ Yes ☐ No     Work Order Initiated: ☐ Yes ☒ No
Duty Warden Notified: ☒ Yes ☐ No Time: 4:09PM     MINS Initiated: ☒ Yes ☐ No
EAC Notified: ☒ Yes ☐ No Time: 4:14PM     Duty Officer Name: Barnes
Supporting Documents Attached    YES

**DETAILS OF INCIDENT:**

On September 8, 2013, at approximately 3:55PM, the utilization of reactionary physical force was necessitated as a result of inmate Gipson, Jerald DC# B00406, becoming combative and attempting to snatch away from Officer Freddie Perry, I assisted Officer Perry in un-restraining Inmate Gipson's right arm. Once inmates handcuff was removed and he ceased his actions all force ceased by me. A DC6-230, Use of Force report was initiated, completed and forwarded with supporting documentation.

| | | |
|---|---|---|
| **Officer Chase Markham** | *C Markham* | September 8, 2013 |
| **Reporting Employee's Name (Print)** | **Reporting Employee's Signature** | **Date** |

**Shift Supervisor/ Department Head**

**COMMENT:**

Reference Use of Force Incident Report submitted by Officer Freddie Perry on this date for further information relevant to this incident.

| | | |
|---|---|---|
| **Lieutenant John Wilson** | *(signature)* | September 8, 2013 |
| **Shift Supervisor's/ Department Head's Name (Print)** | **Supervisor's Signature** | **Date** |

**REVIEW:**
Refer to incident report #    23013-2782

| | | |
|---|---|---|
| **Major Ronny Morgan** | *(signature)* | 9/8/13 |
| **Correctional Officer Chief's Name (Print)** | **Correctional Officer Chief's Signature** | **Date** |

**REVIEW:**
Refer to incident report #    23013-2782

| | | |
|---|---|---|
| **Warden Christopher P. Landrum** | *CP Landrum* | 9/9/13 |
| **Warden's Name (Print)** | **Warden's Signature** | **Date** |

DC6-210 (12/12 )     Incorporated by Reference in Rule 33-602.210, F.A.C.     Page 1 of 2

APPENDIX - D
# DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## CHAIN OF CUSTODY

Case: _#13-_ _____    Inspector: _____

Offense: _Use of Force_ _____    Subject: _I/m Gipson, Jerald_

Evidence Description: _Fixed Wing Footage of UOF on Subject-_    _# B0040b_

---

Recovered by: _Officer L. Greene_    Date: _9-9-13_    Time: _____ a.m./p.m.

Place Evidence Found: ▮▮▮▮▮ - Colonel's Office _____

---

Recovered: _1 disc_    Date: _9-9-13_

To: _Greene_    Time: _11:30_    (a.m.)/p.m.

---

From: _Greene_    Date: _9-9-13_

To: _R. Mays_    Time: _12:00_    a.m./(p.m.)

---

From: _R. Mays_    Date: _9/16/13_

To: _R.A. Lukaws_    Time: _3:00_    a.m./(p.m.)

---

From: _R A Lukaws_    Date: _9-23-13_

To: _C.P. Landrum_ ⃝    Time: _445_    a.m./(p.m.)

---

From: _C.P. Landrum_ ⃝    Date: _____

To: _____    Time: _____    a.m./p.m.

---

From: _____    Date: _____    [stamp: SEP 27 2013]

To: _____    Time: _____    a.m./p.m.

*APPENDIX - D*

## DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
### CHAIN OF CUSTODY

Case: _73_      Inspector: _____

Offense: _____  Subject: _GIIPSON, JERALD DC#B00406_

Evidence Description: _USE OF FORCE DVD RECORDING_ _____

_____

Recovered by: _LIEUTENANT JOHN WILSON_ Date: _9-8-13_  Time: ~~6:00~~ 4:07 a.m./p.m

Place Evidence Found: _HAND HELD VIDEO RECORDER_ _____

_____

Recovered: _LIEUTENANT J. WILSON_  Date: _9-8-13_

To: _DVD STORAGE LOCKER_  Time: _6:00_    a.m./p.m

| From: | Date: _9-9-13_ |
|---|---|
| To: | Time: _8w_  a.m./p.m. |

| From: | Date: _9-9-13_ |
|---|---|
| To: _R. Morgan_ | Time: _12:00_  a.m./p.m |

| From: _R. Morgan_ | Date: _9/16/13_ |
|---|---|
| To: _K.A. Lukens_ | Time: _3:00_  a.m./p.m |

| From: _K.A. Lukens_ | Date: _9-23-13_ |
|---|---|
| To: _C.R. Luden_ CPB | Time: _445_  a.m./p.m |

| From: _C.R. Luden_ CPB | Date: |
|---|---|
| To: | Time:  a.m./p.m. |

DC1-801 (7/03)    Incorporated by Reference in Rule 33-602.203, F. A. C.

APPENDIX - D
# DEPARTMENT OF CORRECTIONS
# OFFICE OF THE INSPECTOR GENERAL
# CHAIN OF CUSTODY
**Continuation**
**Page 2 of 2**

Case: _____    Inspector: _____

Offense: <u>Use of Force</u>_____    Subject: _____

Evidence Description: _____

Recovered by: _____ Date: _____ Time: _____ a.m./p.m.

Place Evidence Found: _____

Recovered:   <u>Mail</u>_____ Date: _____ SEP 2 7 2013 _____

To: ____<u>Inspector Murphy</u>____   _____ Time: _____ a.m./p.m.

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

From: _____ Date: _____

To: _____ Time: _____ a.m./p.m.

```
09/09/2013               FLORIDA DEPARTMENT OF CORRECTIONS           PAGE:  1
█████████                    MINS INCIDENT REPORT                    TIME 16:58


PREPARED BY: ██████GREENE, LAUREL E.        INCIDENT NUMBER: 0000513218
INCIDENT TYPE: ████ PHYSICAL RESIST.TO LAWFUL  STATUS OF INCIDENT: ENTERED
REPORT DATE:   09/09/2013                   REPORT TIME:   16:22
INCIDENT DATE: 09/08/2013                   INCIDENT TIME: 15:55
REPORT LOCATION: 230 SUWANNEE C.I           REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 09/08/2013
IG NUMBER:                                  UOF NUMBER:
IG ASSIGNED:                                DATE IG ASSIGNED:
INCIDENT LOCATION: 63 CONFINEMENT           DAY CODE: 7    SHIFT CODE: 5
INJURIES: ██████  STG/STI INVOLVEMENT: ███  PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: Y   CONFIDENTIAL: N           INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N           CHEMICAL AGENTS USED: N
WEAPONS USED: N
DORM/WING/FLOOR/CELL/BED: H-3-1-12-         SPONTANEOUS UOF: Y
FORCE TYPE: PHY: Y   CHM: N  MED RSTR: N    VIDEO: HANDHELD: Y   WING: Y



        NAME              TITLE          BIRTHDATE  R S   ID NUMBER
------------------- --------------------- ---------- - - ----------------
PARTICIPANT (S)
  FOGELL, BRIAN P.   CORRECTIONAL OFFICER ████████  1 1 50334
  MARKHAM, CHASE L.  CORRECTIONAL OFFICER ████████  1 1 69687
  PERRY, FREDDIE  .  CORRECTIONAL OFFICER ████████  2 1 59669
SUBJECT (S)
  GIPSON, JERALD  .   ACTIVE INMATE       02/06/1983 2 1 B00406


CONTRABAND RECOVERED      TYPE    POSSESS  QUANTITY   UNIT MSR
------------------------  ------  -------  ---------- --------
```

DESCRIPTION OF INCIDENT:
      ON THE ABOVE MENTIONED DATE AND TIME, OFFICER PERRY REPORTS
      THAT THE UTILIZATION OF REACTIONARY PHYSICAL FORCE WAS
      NECESSITATED AS INMATE WAS SECURED IN HIS ASSIGNED CELL
      H3-112 AND BECAME PHYSICALLY RESISTANT WHILE REMOVING HAND
      RESTRAINTS. INMATE REFUSED ORDERS TO CEASE HIS ACTIONS IN
      ATTEMPTING TO SNAT CH AWAY FROM CUSTODIAL GRASP BY PULLING
      HIS HANDS INTO THE  CELL. AT THIS TIME, OFFICER PERRY
      UTILIZED MY RIP TETHER TO PULL HIS HAND BACK THROUGH THE
      CUFF PORT WITH ASSISTANCE FROM OFFICER CHASE MARKHAM WHILE
      OFFICER BRIAN FOGELL REMOVED THE REMAINING HANDCUFF. INMATE
      BECAME COMPLAINT PULLING HIS HAND INSIDE THE CUFF PORT WHICH
      WAS THEN SECURED. AT WHICH TIME ALL FORCE CEASED.