```
09/09/2013          FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
MIN0101                   MINS INCIDENT REPORT                     TIME 16:58


PREPARED BY: R230LB1 GREENE, LAUREL E.      INCIDENT NUMBER: 0000513218
INCIDENT TYPE: 27F PHYSICAL RESIST.TO LAWFUL STATUS OF INCIDENT: ENTERED
REPORT DATE:   09/09/2013                    REPORT TIME:   16:22
INCIDENT DATE: 09/08/2013                    INCIDENT TIME: 15:55
REPORT LOCATION: 230 SUWANNEE C.I            REPORT REGION: 2
DATE REPORTED TO MANAGEMENT: 09/08/2013
IG NUMBER:                                   UOF NUMBER:
IG ASSIGNED:                                 DATE IG ASSIGNED:
INCIDENT LOCATION: 63 CONFINEMENT            DAY CODE: 7     SHIFT CODE: 5
INJURIES: Y      STG/STI INVOLVEMENT: N      PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: Y   CONFIDENTIAL: N            INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N            CHEMICAL AGENTS USED: N
WEAPONS USED: N
DORM/WING/FLOOR/CELL/BED: H-3-1-12-          SPONTANEOUS UOF: Y
FORCE TYPE: PHY: Y  CHM: N  MED RSTR: N      VIDEO: HANDHELD: Y   WING: Y


         NAME              TITLE            BIRTHDATE  R S    ID NUMBER
     ------------------ ----------------    ---------  - -  --------------
PARTICIPANT(S)
    FOGELL, BRIAN P.    CORRECTIONAL OFFICER            1 1
    MARKHAM, CHASE L.   CORRECTIONAL OFFICER            1 1
    PERRY, FREDDIE .    CORRECTIONAL OFFICER            2 1
SUBJECT(S)
    GIPSON, JERALD .    ACTIVE INMATE      02/06/1983   2 1  B00406


CONTRABAND RECOVERED          TYPE      POSSESS    QUANTITY     UNIT MSR
------------------------      ----      -------    --------     --------


MEDICAL DEPT. DESCRIPTION OF INJURIES:
    NO INJURIES TO STAFF. INMATE GIPSON HAD SMALL LACERATION TO
    RIGHT ARM.


DESCRIPTION OF INCIDENT:
    ON THE ABOVE MENTIONED DATE AND TIME, OFFICER PERRY REPORTS
    THAT THE UTILIZATION OF REACTIONARY PHYSICAL FORCE WAS
    NECESSITATED AS INMATE WAS SECURED IN HIS ASSIGNED CELL
    H3-112 AND BECAME PHYSICALLY RESISTANT WHILE REMOVING HAND
    RESTRAINTS. INMATE REFUSED ORDERS TO CEASE HIS ACTIONS IN
    ATTEMPTING TO SNATCH AWAY FROM CUSTODIAL GRASP BY PULLING
    HIS HANDS INTO THE  CELL. AT THIS TIME, OFFICER PERRY
    UTILIZED MY RIP TETHER TO PULL HIS HAND BACK THROUGH THE
    CUFF PORT WITH ASSISTANCE FROM OFFICER CHASE MARKHAM WHILE
    OFFICER BRIAN FOGELL REMOVED THE REMAINING HANDCUFF. INMATE
    BECAME COMPLAINT PULLING HIS HAND INSIDE THE CUFF PORT WHICH
    WAS THEN SECURED. AT WHICH TIME ALL FORCE CEASED.
```