# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence __9-8-13__   Time of occurrence __15:55__
Date injury assessed by medical __9-8-13__   Time injury assessed by medical __16:05__

☐ No injury identified

Description of injury __Small laceration to (R) forearm. Minimal bleeding at this time. No other injuries noted. No c/o pain.__

Staff Signature __A Bridges RN__

E. ALAKA, M.D.; CHO
SUWANNEE C.I.
9/9/13

**Inmate Name** _____
**DC#** _____   Race/Sex __B M__
**Date of Birth** _____
**Institution** __Suct__

This form is not to be amended, revised, or altered without approval by the Office of Health Services- Administration

DC4-708 (Revised 10/07)

Incorporated by Reference in Rule 33-602.210, F.A.C.