```
08/31/2017         FLORIDA DEPARTMENT OF CORRECTIONS            PAGE:  1         EX. L
 MIN0101                   MINS INCIDENT REPORT                 TIME 09:13


PREPARED BY: R231LMD BLANTON, DONNA K.      INCIDENT NUMBER: 0000514543
INCIDENT TYPE: 10P SEXUAL HARASS.STAFF ON INM   STATUS OF INCIDENT: INSP. GEN
REPORT DATE:   09/17/2013                   REPORT TIME:   08:49
INCIDENT DATE: 09/13/2013                   INCIDENT TIME: 09:35
REPORTING FACILITY: 230 SUWANNEE C.I        INCIDENT REGION: 2
INCIDENT FACILITY : 230 SUWANNEE C.I        INCIDENT IG OFFICE: 04
INCIDENT LOCATION: 35 OTHER CELL BLOCK AREA  DAY CODE: 5    SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 09/13/2013     W-B REVIEW BY:
IG NUMBER: 13-10409                         UOF NUMBER:
IG ASSIGNED: VANN, JASON                    DATE ASSIGNED: 09/18/2013
INJURIES: N      STG/STI INVOLVEMENT: N     PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N    WEAPONS USED: N          INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N           CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A
PREA NUMBER: PR - X230130039                INCIDENT COMPLETION TYPE: ATTEMPTED
NATURE OF ACT: NO COMMENT                   TYPE OF ACT: S/I - HARASSMENT


        NAME                  TITLE         BIRTHDATE  R S    ID NUMBER
 -------------------- ---------------------- ---------- - - ----------------
COMPLAINANT (S)
  WILLFORTH, MICHELE L CORRECTIONAL OFFICER   11/28/1972 1 2 62859
SUBJECT (S)
  GIPSON, JERALD  .    ACTIVE INMATE          02/06/1983 2 1 B00406
  NIEVES, VICTOR  .    CORRECTIONAL OFFICER   06/13/1981 3 1 60187
  PERRY, FREDDIE  .    CORRECTIONAL OFFICER   07/22/1981 2 1 59669


CONTRABAND RECOVERED       TYPE     POSSESS    QUANTITY     UNIT MSR
------------------------   ------   -------    ----------   --------


DESCRIPTION OF INCIDENT:
    CO MICHELE WILLFORTH REPORTS WHILE SHE WAS REVIEWING FORMAL
    GRIEVANCE LOG NUMBER 1309-230-107, SUBMITTED BY INMATE
    GIPSON, JERALD, DC#B00406, CURRENTLY HOUSED IN H31121.
    INMATE GIPSON STATED, " YES HELLO AT ROUND 7:45AM I WAS
    CALLING AT C/O OFFICER PERRY, ABOUT MY LEGAL WORK, FROM THE
    LAWYER LIBRARY HE C/O PERRY SAID TO ME INMATE DOC. COME SAY
    THAT YOU LIKE BOYS, AND I DON'T WANT YOU LOOKING AT ME, MR.
    PERRY SAID, HE CREATING LIES AND BRING IN CRACK COCAIN, AND
    SEXUALLY DISRESPECTING MY MAN HOOD WILL YOU PLEASE DO
    SOMETHING ABOUT THIS. AND C/O OFFICER NAVIZA SEXUALLY
    HARRISING ME! WILL YOU PLEASE GET THE ATUMER AFFAIRS IN THIS
    SERIOUS MATTER, THAT IN THIS DORM SEPT. 6, 2013 AND THEY
    LOVE TOUCHING ON PEOPLE/INMATES, AND WHEN INMATE SAY STOP
    DISRESPECTING ME; MY FAMILY ARE MASONS (A STAR IS THEN DRAWN
    BY THIS WORD) KEY TO SUCESSCES ME & MY SISTER/ARE TWINS, AND
    FOLLOW OUR STAR." DUTY WARDEN, WARDEN C. LANDRUM WAS
    APPRISED OF THESE ALLEGATIONS; AS WAS EAC DUTY OFFICER
```

```
08/31/2017              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  2
MINO101                      MINS INCIDENT REPORT                      TIME 09:13
     TAYLOR, WHO PROVIDED PREA REPORT NUMBER PR-X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 FOR
     THIS INCIDENT.  LT. JOHN GREENE INTERVIEWED OFFICER PERRY
     AND HE STATED THAT HE IS NOT HARASSING INMATE GIBSON AND
     THAT HE DOES NOT HAVE INAPPROPRIATE PHYSICAL TOUCH WITH ANY
     INMATES NOR DOES HE INTRODUCE CONTRABAND INTO A CORRECTIONAL
     FACILITY. OFFICER NIEVES WAS ALSO INTERVIEWED AND DENIES
     HAVING ANY KNOWLEDGE OF THIS INCIDENT.


ACTION TAKEN:
     INQUIRY-13-10409-INSP VANN-OMC/FC
```

```
08/31/2017              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
  MIN0101                     MINS INCIDENT REPORT                    TIME 09:13


PREPARED BY: R231LMD BLANTON, DONNA K.        INCIDENT NUMBER: 0000513683
INCIDENT TYPE: 10O COMPLAINTS AGAINST S/OTHER STATUS OF INCIDENT: REF. TO MG
REPORT DATE:   09/11/2013                     REPORT TIME:   14:01
INCIDENT DATE: 09/10/2013                     INCIDENT TIME: 11:40
REPORTING FACILITY: 230 SUWANNEE C.I          INCIDENT REGION: 2
INCIDENT FACILITY : 230 SUWANNEE C.I          INCIDENT IG OFFICE: 04
INCIDENT LOCATION: 01 HOUSING AREA            DAY CODE: 2     SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 09/10/2013       W-B REVIEW BY:
IG NUMBER:                                    UOF NUMBER:
IG ASSIGNED:                                  DATE ASSIGNED: 09/13/2013
INJURIES: N      STG/STI INVOLVEMENT: N       PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N   WEAPONS USED: N             INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N             CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A


       NAME                  TITLE           BIRTHDATE  R S   ID NUMBER
  ------------------- ---------------------- ---------- - - ----------------
COMPLAINANT (S)
  WILLFORTH, MICHELE L CORRECTIONAL OFFICER   11/28/1972 1 2 62859
SUBJECT (S)
  GIPSON, JERALD  .    ACTIVE INMATE          02/06/1983 2 1 B00406



CONTRABAND RECOVERED        TYPE    POSSESS    QUANTITY     UNIT MSR
------------------------   ------  --------   ----------   --------


DESCRIPTION OF INCIDENT:
     OFFICER MICHELE WILLFORTH REPORTS WHILE SHE WAS REVIEWING
     FORMAL GRIEVANCE LOG NUMBER 1309-230-097, SUBMITTED BY
     INMATE GIPSON, JERALD, DC#B00406, CURRENTLY HOUSED IN
     H31121. INMATE GIPSON STATED THE FOLLOWING IN THIS
     GRIEVANCE, "OFFICER PREEY, MARKIN & BIG SHOW TRIED TO BREAK
     MY HAND AND ARM! I JUST WANT THAT CLASSIFICATION AND THE
     ATTORNEY AFFAIRS TO DO SOMETHING ABOUT THIS DEADLY BEATING,
     THEY DID TO ME! C/O PREEY KEEP ON SEXUALLY HARRISION ME!"
     LT. JOHN GREENE REPORTS THERE WAS A REACTIONARY USE OF FORCE
     ON SEPTEMBER 8, 2013 ON INMATE GIBSON; HE WAS ASSESSED CELL
     FRONT BY MEDICAL. DURING THE USE OF FORCE, AS WELL AS THE
     POST USE OF FORCE, INMATE GIBSON DID NOT MAKE ANY
     ALLEGATIONS OF STAFF ABUSE OF ALLEGATIONS OF
     STAFF MISCONDUCT.


ACTION TAKEN:
     RM SECURITY ISSUE LACK OF EVIDENCE NO IG INV ISSUE-OMC/FC
```

```
08/31/2017            FLORIDA DEPARTMENT OF CORRECTIONS            PAGE: 1
MIN0101                     MINS INCIDENT REPORT                TIME 09:13


PREPARED BY: R231LMD BLANTON, DONNA K.        INCIDENT NUMBER: 0000513680
INCIDENT TYPE: 10O COMPLAINTS AGAINST S/OTHER  STATUS OF INCIDENT: REF. TO MG
REPORT DATE:   09/11/2013                      REPORT TIME:   13:52
INCIDENT DATE: 09/09/2013                      INCIDENT TIME: 16:00
REPORTING FACILITY: 230 SUWANNEE C.I           INCIDENT REGION: 2
INCIDENT FACILITY : 230 SUWANNEE C.I           INCIDENT IG OFFICE: 04
INCIDENT LOCATION: 01 HOUSING AREA             DAY CODE: 1     SHIFT CODE: 3
DATE REPORTED TO MANAGEMENT: 09/09/2013        W-B REVIEW BY:
IG NUMBER:                                     UOF NUMBER:
IG ASSIGNED:                                   DATE ASSIGNED: 09/13/2013
INJURIES: N      STG/STI INVOLVEMENT: N        PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: N  WEAPONS USED: N               INCIDENT VIDEO TAPED: N
ELECTRONIC RESTRAINING DEVICES: N              CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A


         NAME                   TITLE           BIRTHDATE  R S   ID NUMBER
  ------------------   ---------------------- ---------- - - ---------------
COMPLAINANT (S)
  WILLFORTH, MICHELE L CORRECTIONAL OFFICER    11/28/1972 1 2 62859
SUBJECT (S)
  GIPSON, JERALD  .    ACTIVE INMATE           02/06/1983 2 1 B00406


CONTRABAND RECOVERED       TYPE     POSSESS    QUANTITY     UNIT MSR
------------------------  ------   -------   ----------   --------


DESCRIPTION OF INCIDENT:
     OFFICER MICHELE WILLFORTH REPORTS WHILE SHE WAS REVIEWING
     LOG NUMBER 1309-230-095, SUBMITTED AS AN EMERGENCY GRIEVANCE
     BY INMATE GIPSON, JERALD, DC#B00406, CURRENTLY HOUSED IN
     H31121. INMATE GIPSON STATED THE FOLLOWING IN THIS
     GRIEVANCE, "I WOULD LIKE TO CALL AN EMERGENCY VISIT WITH MY
     FAMILY & SISTER PETRINA THOMAS BEFORE I CATCH AN OUTSIDE
     CHARGE AND HURT SOME ONE! DON'T PUT YOUR HANDS ON ME; STOP
     SEXUALLY HARRISING ME! 1-800-TIPS." INMATE GIPSON THEN
     CONCLUDED THIS GRIEVANCE BY STATING, "I WOULD LIKE TO SEE
     THE INSPECTOR!!!" AT THE TOP OF THIS DC1-303, INMATE GIPSON
     WROTE THE FOLLOWING INFORMATION IN THE UPPER LEFT HAND
     CORNER, "AUNT PONETTA GIPSON 305-576-0650 LT. COFFENT MS.
     HILL VISITATION OFFICER" AND IN THE UPPER RIGHT HAND CORNER
     THE FOLLOWING, "EMERCY VISITATION BEFORE I HURT SOME BODY
     PLEASE CALL MY MOM & DAD¿ SISTER 786-356-7398 DENISE."
     INMATE GIPSON DID NOT PROVIDE ANY OTHER INFORMATION ON THIS
     GRIEVANCE FORM IN REFERENCE TO THIS REQUEST FOR REMEDY;
     HOWEVER ON THE BACK OF THIS GRIEVANCE HE NOTED THE
     FOLLOWING, "LT. COFFENT MS. HILL TO OUTSIDE COURT DA DE
     COUNTY FAMILY EMERGCY VISIT PLEASE WITH MY FAMILY BEFORE I
     CATCH AN OUTSIDE CHARGE (A STAR INSIDE OF CIRCLE WAS DRAWN)
```

```
08/31/2017            FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:   2
MINO101                    MINS INCIDENT REPORT                   TIME 09:13
   MASON E   EWHYERCY YEWAH 1:8 KING STAR OF DAVID (WITH A
   PICTURE OF A STAR) AND THE WORDS EMERGCY TRANSFIAR."


ACTION TAKEN:
    RM SECURITY ISSUE NO IG INV ISSUE-OMC/FC
```

```
08/31/2017            FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  1
 MIN0101                    MINS INCIDENT REPORT                  TIME 09:13


PREPARED BY: R230LB1 GREENE, LAUREL E.       INCIDENT NUMBER: 0000513218
INCIDENT TYPE: 27F PHYSICAL RESIST.TO LAWFUL  STATUS OF INCIDENT: USE OF FOR
REPORT DATE:   09/09/2013                    REPORT TIME:   16:22
INCIDENT DATE: 09/08/2013                    INCIDENT TIME: 15:55
REPORTING FACILITY: 230 SUWANNEE C.I         INCIDENT REGION: 2
INCIDENT FACILITY : 230 SUWANNEE C.I         INCIDENT IG OFFICE: 04
INCIDENT LOCATION: 63 CONFINEMENT            DAY CODE: 7     SHIFT CODE: 5
DATE REPORTED TO MANAGEMENT: 09/08/2013      W-B REVIEW BY:
IG NUMBER:                                   UOF NUMBER: 13-10079
IG ASSIGNED:                                 DATE ASSIGNED: 09/11/2013
INJURIES: Y      STG/STI INVOLVEMENT: N      PHYSICAL EVIDENCE RECOVERED: N
USE OF FORCE: Y   WEAPONS USED: N            INCIDENT VIDEO TAPED: Y
ELECTRONIC RESTRAINING DEVICES: N            CHEMICAL AGENTS USED: N
EVIDENCE LOC: N/A
DORM/WING/FLOOR/CELL/BED: H-3-1-12-          SPONTANEOUS UOF: Y
FORCE TYPE: PHY: Y   CHM: N   MED RSTR: N    VIDEO: HANDHELD: Y   WING: Y


        NAME                TITLE            BIRTHDATE  R S    ID NUMBER
 -------------------- ---------------------- ---------- - - ----------------
PARTICIPANT (S)
  FOGELL, BRIAN P.    CORRECTIONAL OFFICER   10/02/1978 1 1 50334
  MARKHAM, CHASE L.   CORRECTIONAL OFFICER   02/15/1984 1 1 69687
  PERRY, FREDDIE  .   CORRECTIONAL OFFICER   07/22/1981 2 1 59669
SUBJECT (S)
  GIPSON, JERALD  .   ACTIVE INMATE          02/06/1983 2 1 B00406


CONTRABAND RECOVERED        TYPE     POSSESS    QUANTITY     UNIT MSR
------------------------   ------   -------   ----------   --------


MEDICAL DEPT. DESCRIPTION OF INJURIES:
     NO INJURIES TO STAFF. INMATE GIPSON HAD SMALL LACERATION TO
     RIGHT ARM.


DESCRIPTION OF INCIDENT:
     ON THE ABOVE MENTIONED DATE AND TIME, OFFICER PERRY REPORTS
     THAT THE UTILIZATION OF REACTIONARY PHYSICAL FORCE WAS
     NECESSITATED AS INMATE WAS SECURED IN HIS ASSIGNED CELL
     H3-112 AND BECAME PHYSICALLY RESISTANT WHILE REMOVING HAND
     RESTRAINTS. INMATE REFUSED ORDERS TO CEASE HIS ACTIONS IN
     ATTEMPTING TO SNAT CH AWAY FROM CUSTODIAL GRASP BY PULLING
     HIS HANDS INTO THE  CELL. AT THIS TIME, OFFICER PERRY
     UTILIZED MY RIP TETHER TO PULL HIS HAND BACK THROUGH THE
     CUFF PORT WITH ASSISTANCE FROM OFFICER CHASE MARKHAM WHILE
     OFFICER BRIAN FOGELL REMOVED THE REMAINING HANDCUFF. INMATE
     BECAME COMPLAINT PULLING HIS HAND INSIDE THE CUFF PORT WHICH
     WAS THEN SECURED. AT WHICH TIME ALL FORCE CEASED.
```

```
08/31/2017              FLORIDA DEPARTMENT OF CORRECTIONS              PAGE:  2
MINO101                       MINS INCIDENT REPORT                     TIME 09:13


ACTION TAKEN:
     UOF REVIEW 13-10079-OMC/FC
```