

# Florida Department of Corrections
## TRAINING ATTENDANCE REPORT

*enter*

| | |
|---|---|
| Course Title ███████ | Training Hours ___2___ |
| Presenter *B. Perry* | Ending Date of Training *11-20-13* |

**This form is used to document training that is approved by Staff Development**

| | | Printed Name | Employee ID # | Title | Location | *Race | **Gender | Dept/Office |
|---|---|---|---|---|---|---|---|---|
| 1 | ✓ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 2 | ✓ | | | | | | | |
| 3 | ✓ | | | | | | | |
| 4 | ✓ | | | | | | | |
| 5 | ✓ | | | | | | | |
| 6 | ✓ | | | | | | | |
| 7 | ✓ | | | | | | | |
| 8 | ✓ | | | | | | | |
| 9 | ✓ | CHASE MARKHAM | ███ | C/O | Swci M/o | ███ | M | SECRNY |
| 10 | ✓ | | | | | | | |
| 11 | ✓ | | | | | | | |
| 12 | ✓ | | | | | | | |
| 13 | ✓ | | | | | | | |
| 14 | ✓ | | | | | | | |
| 15 | ✓ | | | | | | | |
| 16 | ✓ | | | | | | | |
| 17 | ✓ | | | | | | | |
| 18 | ✓ | | | | | | | |

*Race: 1=White, 2=Black, 3=Hispanic, 4=Asian, 5=American Indian, 8=Other          **Gender: M=Male, F=Female

Supervisor's Signature _____



Florida Department of Corrections
**TRAINING ATTENDANCE REPORT**

Course Title ▮▮▮▮▮▮▮▮▮▮  Training Hours ___3___

Presenter _B. Perry_  Ending Date of Training _11-20-13_

**This form is used to document training that is approved by Staff Development**

| | Printed Name | Employee ID # | Title | Location | *Race | **Gender | Dept/Office |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | CHASE MARKHAM | ▮▮▮▮ | 010 | SWCI M/U | ▮ | M | SEC |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |

*Race:  1=White, 2=Black, 3=Hispanic, 4=Asian, 5=American Indian, 8=Other     **Gender: M=Male, F=Female

Supervisor's Signature _____

DC2-901 (Revised 5/07)        Incorporated By Reference In Rule 33-103.019, F.A.C.



**Florida Department of Corrections**
**TRAINING ATTENDANCE REPORT**

*review*

Course Title █████████

Training Hours __2__

Presenter  B. Perry

Ending Date of Training  11-20-13

**This form is used to document training that is approved by Staff Development**

| | Printed Name | Employee ID # | Title | Location | *Race | **Gender | Dept/Office |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | X MARKHAM, CHASE  J | ████ | C/o | Swei M/o | █ | M | SECURITY |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |

*Race:   1=White, 2=Black, 3=Hispanic, 4=Asian, 5=American Indian, 8=Other

**Gender: M=Male,  F=Female

Supervisor's Signature _____

DC2-901 (Revised 5/07)

Incorporated By Reference In Rule 33-103.019, F.A.C.

**Florida Department of Corrections**
**2014 Training Year**
**In-Service Defensive Tactics Checklist for Correctional Officers and Law Enforcement Officers**
**Assigned to the Inspector General's Office**

Officer's Name: _MARKHAM, CHASE L._   Work Location: Suwannee C. I.
                    Print

| Performance Requirement | |
|---|---|
| | COMMENTS |
| | COMMENTS |
| | COMMENTS |
| | COMMENTS |
| | COMMENTS |
| | COMMENTS |
| | COMMENTS |
| | COMMENTS |
| | COMMENTS |
| | COMMENTS |
| | COMMENTS |
| | COMMENTS |
| | COMMENTS |
| | COMMENTS |

Officer's Signature: _____   Date: _11-20-13_

Instructor's Signature: _____   Date: _11-20-13_

DC2-930 (Revised 8/7/13)

## EMPLOYEE TRAINING DATA

EMPLOYEE:   69687   - CHASE MARKHAM

CLASSIFICATION OFFICER

SUWANNEE CORRECTIONAL INSTITUTION

MAIN-CLASSIFICATION & RECORDS

### 2018

| Course ID | Course Name | Course Number | Credit Hours | Event Start | Event End | Instructor(s) | Enrollment Status |
|-----------|-------------|---------------|--------------|-------------|-----------|---------------|-------------------|

### 2017

| Course ID | Course Name | Course Number | Credit Hours | Event Start | Event End | Instructor(s) | Enrollment Status |
|-----------|-------------|---------------|--------------|-------------|-----------|---------------|-------------------|



**EMPLOYEE TRAINING DATA**



## EMPLOYEE TRAINING DATA

### 2016

| Course ID | Course Name | Course Number | Credit Hours | Event Start | Event End | Instructor(s) | Enrollment Status |
|-----------|-------------|---------------|--------------|-------------|-----------|---------------|-------------------|

**EMPLOYEE TRAINING DATA**



**EMPLOYEE TRAINING DATA**



## EMPLOYEE TRAINING DATA

2015

| Course ID | Course Name | Course Number | Credit Hours | Event Start | Event End | Instructor(s) | Enrollment Status |
|-----------|-------------|---------------|--------------|-------------|-----------|---------------|-------------------|
| | | | | | | | |



## EMPLOYEE TRAINING DATA

2014

| Course ID | Course Name | Course Number | Credit Hours | Event Start | Event End | Instructor(s) | Enrollment Status |
|-----------|-------------|---------------|--------------|-------------|-----------|---------------|-------------------|
| | | | | 11/20/2013 | 12/20/2013 | BOYZIE PERRY (FLDOC) | Completed |
| | | | | 11/20/2013 | 12/20/2013 | BOYZIE PERRY (FLDOC) | Completed |
| | | | | 11/20/2013 | 12/20/2013 | BOYZIE PERRY (FLDOC) | Completed |
| | | | | 11/20/2013 | 12/20/2013 | BOYZIE PERRY (FLDOC) | Completed |
| | | | | 11/20/2013 | 12/20/2013 | BOYZIE PERRY (FLDOC) | Completed |
| | | | | 11/20/2013 | 12/20/2013 | BOYZIE PERRY (FLDOC) | Completed |
| | | | | 11/20/2013 | 12/20/2013 | BOYZIE PERRY (FLDOC) | Completed |
| | | | | 11/21/2013 | 12/21/2013 | BOYZIE PERRY (FLDOC) | Completed |
| | | | | 11/20/2013 | 11/20/2013 | BOYZIE PERRY (FLDOC) | Completed |
| | | | | 11/15/2013 | 12/20/2013 | BOYZIE PERRY (FLDOC) | Completed |
| | | | | 11/20/2013 | 12/20/2013 | BOYZIE PERRY (FLDOC) | Completed |
| | | | | 11/15/2013 | 12/20/2013 | BOYZIE PERRY (FLDOC),JOHN GREENE (FLDOC) | Completed |

## EMPLOYEE TRAINING DATA

2013

| Course ID | Course Name | Course Number | Credit Hours | Event Start | Event End | Instructor(s) | Enrollment Status |
|-----------|-------------|---------------|--------------|-------------|-----------|---------------|-------------------|
|           |             |               |              |             |           |               |                   |

# EMPLOYEE TRAINING DATA

