RECEIVED
UNION CORRECTIONAL INSTITUTION

AUG 09 2017

BY: _____
FOR MAILING

Provided to Suwannee
Correctional Institution on

MAY 01 2018

for mailing, by _____

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JERALD GIPSON,
    Plaintiff,

v.                  CASE NO: 3:16-CV-236-J-34MCR

SERGEANT C. MARKHAM et. al.,
All suing in their individual official capacities,
    Defendants.
_____/

## MOTION TO SUPPORT APPOINTMENT OF COUNSEL
## WITH EXHIBITS OF INPATIENT PROPERTY PRIVILEGES
## WHY BEING HOUSED INPATIENT MENTAL HEALTH

    COMES NOW, the Plaintiff, Jerald Gipson, respectfully ask this Honorable Court to use this Exhibits to assist the Plaintiff in this very complex and serious Civil Rights Complaint. Your Honorable Court, do to Plaintiff's Mental Illness and day to day problems why being impatient in a Transitional Care Unit his inpatient property privileges level be move numbers of times by Clinician Psychiatrist or by the M.D.S.T. Staff.

(M)_____ (D)_____ (S) _____ (T) _____

_____

    Do to Plaintiff's move up and down problems his level never moves past 0-1 or 2. Day to day your Honorable Court levels moves up on 1 time every 2 weeks but can move down on day to day problems. As cutting himself. Going on S.H.O.S. for trying to self harming self or getting a Disciplinary Report. Being a Inpatient Inmate and filing a complaint it's hard to proper Affidavits and documents to provide to Court being isolation in a Mental Health Unit Close Management Status the Exhibits shows the Plaintiff's Mental Health is very fragile

1

and he could be taken advantage of because of being a inpatient Mental status, and can not litigate on all things that the Court requires on time, or obtain in this complex case of his Mental Illness problems.

WHEREFORE, the Plaintiff's Exhibits of inpatient property privileges to support Appointment of Counsel should be granted pursuant to 28 U.S.C. 1746.

I DECLARE under penalty of perjury that the foregoing is true and correct to my knowledge.

Signed this _1st_ day of _MAY_, 2018.

Respectfully submitted,

_Jerald Gipson_
Jerald Gipson, DC#B00406
Plaintiff

~~Union Correctional Institution~~
~~P.O. Box 1000~~
~~Raiford, Florida 32083~~

→ Suwannee C.I. (MENTAL HEALTH) #B00406
5964 US Hwy 90th (Dorm) (IHness)
Live OAK, FL. 32060

2

# EXHIBIT(S)

## A - E

Inpatient property privileges things are approved only by Clinician Psychiatrist or by M.D.S.T. and of Mental Health Disorder Diagnosis of Out-Patient Citrus Health Network, Inc. CSU Summary, Exhibits A – Q Mental Health Disease Disorder Diagnosis.

LEVEL (1)    LEVEL (2)    LEVEL (3)    LEVEL (4)    LEVEL (5)

---

This is a copy of all things we can have on **T.C.U.** Why being housed **Impatient Mental Health.**

---

I DECLARE under penalty of perjury Plaintiff Jerald Gipson that the foregoing is true and correct signature. And or stamped by M.D.S.T. that the copy of Inpatient property privileges Level (5) are true and was read.

1. _____    2. _____    3. _____

4. _____    5. _____    6. _____

7. _____    8. _____    9. _____

10. _____    11. _____    12. _____

13. _____    14. _____    15. _____

16. _____

Respectfully submitted,

*Jerald Gipson*

Jerald Gipson, DC#B00406
Plaintiff
~~Union Correctional Institution~~
~~P.O.B 0c1000~~
~~Rafford, Florida 32083~~

#B00406
→ Suwannee C.I. (Mental Health)
5964 US Hwy 90N (Dorm)
Live Oak, FL 32060 (Mental Illness)
Orignal I'm in/stay live in mental chris's
Hospital and take mental medication.

Plaintiff attachment of Diagnosis of Plaintiff's Mental Health Mental Disease Disorder attached of Exhibits A – Q. Mental Illness Plaintiff suffering from and Plaintiff on a 2nd 3rd Grade Education School Level can't read, write well need an Appointment of Counsel to assist Plaintiff in this Civil Action proceedings. Defendant has an Attorney representing them in this case and if this Court does not appoint Counsel to represent the Plaintiff in this Civil matter, Plaintiff submitting his GED Education Level of Exhibits, for support of this Court to Appoint Appointment of Counsel at this urgent time of entering into Discovery. Exhibit GED Education School Level attached.

Inpatient Property Privileges

**LEVEL 1:**

Rx Eyeglasses / Hearing Aids (unless restricted by attending Clinician).

One paper back book [Spiritual / Religious] [unless restricted by attending Clinician.

One toothbrush [issued by Security on CSU / TCU]*

One Bar of Soap [issued by Security on CSU / TCU]*

Toilet Tissue [issued by Security on CSU / TCU]*

Towel issue by Security on CSU / TCU]*

Active Legal Case [must provide case number]

Personal Mail [unless restricted by attending Clinician]

One pair of long-johns [no pajamas or athletic shorts

No Canteen Ordering.

All items must fit into one cubby. Any extra items will be considered in excess and must either be placed in property or sent home. Failure to comply will result in excess property, designated as contraband.

2

Inpatient Property Privileges

**LEVEL 2.**

Stamps / Envelopes

Rx Eyeglasses / Hearing Aids unless restricted by attending Clinician personal watches / rings unless restricted by psychiatrist order.

Religious items (Prayer Mat, beads, etc.) pursuant to the provisions of Rule 33-602.201, F.A.C. that have been approved by the M.D.S.T.

One religious / spiritual book or reading material

One toothbrush (issued by Security on TCU)*

One Bar of Soap [issued by Security on CSU / TCU)*

Toilet Tissue [issued by Security on CSU / TCU)*

Towel issue by Security on CSU / TCU)*

Active Legal Case [must provide case number]

Personal Mail [unless restricted by attending Clinician]

One Security Pen unless restricted by attending Clinician ( 1 for 1 exchange).

Paper / personal mail unless restricted by attending Clinician.

One pair of long-johns [no pajamas or athletic shorts]


All items must fit into one cubby any extra items will be considered in excess and must either be placed in property or sent home. Failure to comply will result in excess designated as contraband.


Inpatient Property Privileges

**LEVEL 3.**

Writing and drawing papers, personal mail

Stamps / Envelopes.

3

Rx. Eyeglasses / hearing aids unless restricted by attending Clinician

Personal watches / rings unless restricted by psychiatrist order

1 # Photograph unless restricted by psychiatrist order

One toothbrush (issued by Security on TCU)*

One Bar of Soap [issued by Security on CSU / TCU)*

Toilet Tissue [issued by Security on CSU / TCU)*

Towel issue by Security on CSU / TCU)*

Religious items (Prayer Mat, beads, etc. provisions of Rule 33-602.201, F.A.C. that have been approved by the M.D.S.T.

Security Pen ( 1 for 1 exchange).

One pair of long-johns [no pajamas or athletic shorts]

One Religious Spiritual Book or reading material

One other soft back book (library, coloring etc.)

Active Legal Case [must provide case number]

One deodorant.

All items must fit into one cubby any extra items will be considered in excess and must either be placed in property or sent home. Failure to comply will result in excess designated as contraband.

Inpatient Property Privileges

**LEVEL 3.**

Writing and drawing papers, personal mail

Stamps / Envelopes.

Rx. Eyeglasses / hearing aids unless restricted by attending Clinician

Personal watches / rings unless restricted by psychiatrist order

1 # Photograph unless restricted by psychiatrist order

One toothbrush (issued by Security on TCU)*

4

One Bar of Soap [issued by Security on CSU / TCU)*

Toilet Tissue [issued by Security on CSU / TCU)*

Towel issue by Security on CSU / TCU)*

Religious items (Prayer Mat, beads, etc. provisions of Rule 33-602.201, F.A.C. that have been approved by the M.D.S.T.

 Security Pen ( 1 for 1 exchange).

One pair of long-johns [no pajamas or athletic shorts]

One Religious Spiritual Book or reading material

One other soft back book (library, coloring etc.)

Active Legal Case [must provide case number]

One deodorant.

All items must fit into one cubby any extra items will be considered in excess and must either be placed in property or sent home. Failure to comply will result in excess designated as contraband.

Inpatient Property Privileges

**LEVEL 4.**

Writing and drawing papers, personal mail

Stamps / Envelopes.

Rx. Eyeglasses / hearing aids unless restricted by attending Clinician

Personal watches / rings unless restricted by psychiatrist order

2 photographs

Security Pen ( 1 for 1 exchange).

One toothbrush (issued by Security on TCU)*

One Bar of Soap [issued by Security on CSU / TCU)*

Toilet Tissue [issued by Security on CSU / TCU)*

Towel issue by Security on CSU / TCU)*

5

INMATE '17/8/4 A61D011013714 29879
'17/8/4

One deodorant

One pair of long-johns [no pajamas or athletic shorts]

One Religious Spiritual Book or reading material

Three paperback books

1 Newspaper (must exchange old for new one showed in cell.

Active Legal Case (must provide Case Number)

All items must fit into one cubby any extra items will be considered in excess and must either be placed in property or sent home. Failure to comply will result in excess designated as contraband.

Inpatient Property Privileges
**LEVEL 5.**
Writing and drawing papers, personal mail

Stamps / Envelopes.

Rx. Eyeglasses / hearing aids unless restricted by attending Clinician

Personal watches / rings unless restricted by psychiatrist order

One Radio (with 2 batteries in use no extra batteries allowed in cell) no radio on C.S.U.

One toothbrush (issued by Security on TCU)*

One Bar of Soap [issued by Security on CSU / TCU)*

Toilet Tissue [issued by Security on CSU / TCU)*

Towel issue by Security on CSU / TCU)*

One deodorant

One pair of long-johns [no pajamas or athletic shorts]

INMATE '17/8/4 A61D011013714 29879

NORTHWEST DADE CENTER, INC.
CHILDREN/ADOLESCENT—
INITIAL PSYCHIATRIC ASSESSMENT

CLIENT NAME: Gipson, Jevald          DATE: 2/17/96

CLIENT NO.: 3124?                    AGE: 13 y.o.

PROBLEMS IDENTIFIED:
- Depression
- Conduct probs

HISTORY OF THE PRESENT ILLNESS:

Jevald is a 13 y.o. african american boy who presents in/for via an Ex parte B/C of aggressive behavior.

According to (w) Johnetta Thomas (623-8599)
- She reports that he has been highly disobedient, fighting, not following directions + mult. suspensions, (+) truancy.
(-) Legal probs  (-) Running away
(-) Drugs / ETOH   Suspected

(w) reports that there probs

continues over the past
worsened, since 4/95
defiant behaviors  (+)
(+) Argumentative behaviors

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibits you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

PAGE 1-A

**NORTHWEST DADE CENTER, INC.**
**CHILDREN/ADOLESCENT—**
**INITIAL PSYCHIATRIC ASSESSMENT**

CLIENT NAME: _Gipson, Jevald_   DATE: _2/17/96_

CLIENT NO.: _31747_   AGE: _13 yo_

PROBLEMS IDENTIFIED:
- Depression
- Conduct probs

HISTORY OF THE PRESENT ILLNESS:

Jevald is a 13 yo african american boy who presents mod'l via an Ex Parte B/c of aggressive behaviors.

~~According to (M) Johnetta Thomas (623-8599)~~ She reports that he has been highly disobedient, fighting, not following directions + mult suspensions, (+) truancy (-) legal probs (-) Running away (-) Drugs/ETOH suspect

(M) reports that there has been escalating over the past— increased since 4/95 - defiant behaviors (+) Argumentative behaviors

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

PAGE 1-A

(M) reports that pt was Dx'd c̄ depression ↓ 5/9f + med treatment began. Pt described feeling "He can't take it no more ... went to die ... too much pressure ..."

(-) suicide attempts. Sleep & Chronically Appetite stable. — "junk food"

- (M) is feeling much eased by A of school placement / (M) gave authorization to obtain meds.

- According to pt:
- He reports he is here to get "a test for my brain to see what is wrong c̄ me ... for school ..." He endorses defiant, disobedient behaviors. Freq arguments + fights ~ c̄ older sister. ~~Denied~~ ~~abuse~~ feels "not happy."

~~Over the past ~ month~~, usually lonely. Tearful occasionally. Angry occasionally + withdrawn. Sleep + appetite stable. Denies current / recent suicidal ideas, plans or intent.

-- He admits to worries that he may get hurt (peers may ~~attend~~ to daily ~~worries~~ -- She may get a nervous Onc ~~warning~~ (M) may

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibits you from making any further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

PAGE 1-B (Optional)

## BRIEF ADMISSION TRIAGE

**NORTHWEST DADE CENTER, INC.**

DATE: 12-27-95    Prior NWD Patient? Y ( ) N (✓)    PT. RECORD #: 3767

NAME: Gerald Gibson    AGE: 12    SEX: M (✓) F ( )

**Presenting Problem:** This is a 12 y/o B/M presenting B/Acted by Metro Police following an incident of violence against (M) and police officer. As per Pt. (M), officer the Pt. grew angrier after (M) did not allow him to sleep over friends house. As per Pt + (M) the following s/x on file for 2 yr duration ō ws small, predictent provided. ① ↑ in physical fights at home and school; bullies and threatens others; uses any weapon he can find to hurt others when angry; destroyes toys + property, often hers. As per (M); Pt. was put on Hx because he had a lot of trouble sleeping and for his behavioral problems.

**Current Medications:** Prozac 10mg MID am    Thorazine 10mg MID pm

**Prior Psych Hx (w/ Diagnosis, if known):** (M) reports that is being seen by Dr. Nydia Ceballo D. who prescribes Hx    and y therapist ō Dr. Gonzalez who both work out ā Northwest Unit, and are said to be on vacation presently over holidays. (M) reports [per M.P.]

**Family Psych Hx:** Brother is seen by psychologist.

**Prior Suicide Attempts?** Y (-) N (✓); If *Yes*, Date of Last Attempt:

**Dg/Alcohol Hx?** Y ( ) N (✓); If *Yes*, Date/Nature of Last Use:

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibits you from making any further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**PATIENT EXHIBITING:** (If *Yes*, specify thoroughly)

Reduced Consciousness: Y ( ) N (✓)

Disorientation: Y ( ) N (✓)

Agitation/Emotional Distress: Y ( ) N ( ):

Suicidality: Y ( ) N (✓)

Homicidality: Y ( ) N (✓)

Violent/Disruptive Behavior: Y ( ) N (✓):

Psychotic Signs: Y ( ) N (✓) If *Yes*, check appropriate signs and specify:

( ) Hallucinations/Perceptual Disturbance:

( ) Delusions/Paranoia/Bizarre Content:

( ) Formal Thought Disorder:

**Assessment**

Counselor's Sig./Prov. #: _____ (128)    Supervisor's Sig./Prov. #: _____

_BRIEF ADMISSION TRIAGE_                          **NORTHWEST DADE CENTER, INC.**

DATE: 5/27/97          Prior NWD Patient? Y (✓) N ( )    PT. RECORD #: 31747

NAME: _Jerald Gipson_        AGE: 14    SEX: M (✓) F ( )

Presenting Problem: Pt. is a 14 y/o B/M presenting, Court Ordered and petitioned by (M) post threatening and violent behavior. As per (M) pt. is defiant and oppositional towards any house rules. (M) reports Pt. attempted to hit his older brother c̄ an iron approx two weeks ago. (M) reports Pt. becomes violent, easily hostile and aggressive whenever he's corrected. (M) admits Pt. can be a threat to himself and other c̄ out medication. During interview: Pt. was cooperative, although appearing to be c̄/holding information. Pt. admits to extensive criminal Hx.

Current Medications: Pt. denies any current medications.

Prior Psych Hx (w/ Diagnosis, if known): Pt. carries discharge D/x of Major Depression in Partial Remission and conduct D/o.

Family Psych Hx: Denied

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibits you from making any further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

Prior Suicide Attempts? Y ( ) N (✓); If Yes, Date of Last Attempt:

Drug/Alcohol Hx? Y (✓) N ( ); If Yes, Date/Nature of Last Used: Pt. admits to Hx of Cocaine, Marijuana.

**IS PATIENT EXHIBITING:** (If Yes, specify thoroughly)
Reduced Consciousness: Y ( ) N (✓):
Disorientation: Y ( ) N (✓):
Agitation/Emotional Distress: Y ( ) N (✓):
Suicidality: Y ( ) N (✓):
Homicidality: Y ( ) N (✓):
Violent/Disruptive Behavior: Y ( ) N (✓):
Psychotic Signs: Y ( ) N (✓) If Yes, check appropriate signs and specify:
  ( ) Hallucinations/Perceptual Disturbance:
  ( ) Delusions/Paranoia/Bizarre Content:
  ( ) Formal Thought Disorder:
Assessment
Counselor's Sig./Prov. #:              Supervisor's Sig./Prov. #:

<u>**BRIEF ADMISSION TRIAGE**</u>                          NORTHWEST DADE CENTER, INC.

ATE: 12-27-95          Prior NWD Patient? Y ( ) N (✓)   PT. RECORD #: 3747

NAME: Gerald Gibson              AGE: 12      SEX: M (✓) F ( )

Presenting Problem: This is a 12 y/o B/M presenting b/ Acted by Metro Police following an incident of violence against (M) and police officer. As per Pt (M), officer the Pt grew angrier after (M) did not allow him to sleep over friends house. As per Pt + (M) the following s/x profile for a 1 yr duration ō us small, precipitant provided. ① ↑ in physical fighting at home and school bullies and threatens others, uses gun weapon on the can find ↑ hurt others when angry; destroys toys + property. often hits As per (M); Pt was put on Rx because he had a lot of trouble sleeping and for his behavioral problems

Current Medications: Prozac 10mg MID am      Thorazine 10mg MID pm

Prior Psych Hx (w/ Diagnosis, if known): (M) reports that is being seen by Dr. Nydia Ceballo D=who prescribes Rx and ψ therapy, ō Dr. Gonzalez who both work out of Northwest Unit, and are said to be on vacation presently over holidays. (M) reports g/a M.D.

Family Psych Hx: Brother is seen by psychologist

Prior Suicide Attempts? Y ( ) N (✓); If Yes, Date of Last Attempt: 

Drug/Alcohol Hx? Y ( ) N (✓) If Yes, Date/Nature of Last Use:

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you from making any further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

<u>**IS PATIENT EXHIBITING:**</u> (If *Yes*, specify thoroughly)
Reduced Consciousness: Y ( ) N (✓)
Disorientation: Y ( ) N (✓)
Agitation/Emotional Distress: Y ( ) N ( ):
Suicidality: Y ( ) N (✓)
Homicidality: Y ( ) N (✓)
Violent/Disruptive Behavior: Y ( ) N (✓)
Psychotic Signs: Y ( ) N (✓) If *Yes*, check appropriate signs and specify:
   ( ) Hallucinations/Perceptual Disturbance:
   ( ) Delusions/Paranoia/Bizarre Content:
   ( ) Formal Thought Disorder:
Assessment
Counselor's Sig./Prov. #: _____ (128)        Supervisor's Sig./Prov. #: _____

Exhibits B,5

## INITIAL DISCHARGE PLAN/ RECOMMENDATIONS
### (Only for Inpatient)

CLIENT NAME: _Jerald Arivson_          CLIENT #: _31747_

**TYPE OF PLACEMENT RECOMMENDED:**

_Return to guardians_

**AFTERCARE TREATMENT RECOMMENDED: (e.g., Partial Day Treatment)**

_Child Psych_

**OTHER:**

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibits you from making any further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**TENTATIVE LENGTH OF STAY:**     _1 week_

_____          _a.johnson_
**PHYSICIAN'S NAME (Please Print) & Provider #**     **PHYSICIAN'S SIGNATURE/DATE**

Exhibit B, 6

## INITIAL DISCHARGE PLAN/ RECOMMENDATIONS
### (Only for Inpatient)

CLIENT NAME: _Gerald Gibson_   CLIENT #: _31747_

TYPE OF PLACEMENT RECOMMENDED: _to be further assess._

AFTERCARE TREATMENT RECOMMENDED: (e.g., Partial Day Treatment)

_Jrmll RIC_

OTHER:

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibits you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

TENTATIVE LENGTH OF STAY: _1 - 2 days_

_Alina Nodal, MD_
PHYSICIAN'S NAME (Please Print) & Provider #      PHYSICIAN'S SIGNATURE/DATE

## PSYCHIATRIC HISTORY/ALCOHOL AND DRUG HISTORY

No Hospitalizations   Psychiatrist - Cabello
Treated since Sept/Oct.   Dr. Grelli prior
to that.   '93 - 1st time seen by psych.
complained that he was seeing ghosts + hearing.

## PAST MEDICAL HISTORY; Include dates, illnesses, operations, hospitalizations; immunizations status.

Ⓧ OCD - touches things + smells repeatedly { Prozac 10 mg
Thorazine 10 mg
sleep { Diphenhydra
50 mg

No significant medical problems

## FAMILY HISTORY:

Mom — ECT for depression
Cousin — "Walks, talks to himself."
Bro — on SSRI

## EDUCATION/WORK HISTORY:

Crawberly Mills — 5th Grade   Reg classes
(Read - F's) Dr. (+)

## STRENGTHS:

Young

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibits you from making any further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

## BARRIERS TO TREATMENT:

Oppositional

NORTHWEST DADE CENTER, INC.
CHILDREN/ADOLESCENT
MENTAL STATUS EXAM

Client Name: _Gibson, Jerald_          Date: _2/17/96_
Client No.: _3/747_          Age: _13½_

Check One: [ ] Initial Mental Status    [ ] Follow-up Mental
                    Exam (Code 25)              Status Exam (Code 25)

1. <u>Appearance, General Attitude and Behavior:</u> (Apparent age,
   hygeine, cooperative, evasive, hostile, suspicious, degree
   of eye contact, etc.)
   _5'8" Thin, mountains gird eye contact,_
   _avg activity level + cooperative_

2. — <u>Characteristics and/or Quality of Speech:</u> (logical,
   coherent, spontaneous, rhythm, rate, locked, odd, vague,
   pressured, slowed, etc.)
   _Voluntary little spo. Av soft spoken_

3. <u>Mood and Affect:</u> (Depressed, euphoric, flat, labile,
   appropriate to occasion, and/or content of thought, etc.)
   _Mood - unhappy_
   _Anxious_
   _See HPI_

4. <u>Thought Process:</u> (i.e., flight of ideas, circumstantiality,
   tangentiality, blocking.)
   _Logical, coherent, goal directed_

   <u>Thought Content:</u> (i.e. paranoid, grandiose, obsessive,
   ideation, phobias, dominations, suicidal/homicidal
   ideations).
   _(-) Delusions_
   _Denies current suicidal/homicidal ideation/_
   _intent_

   <u>Perception:</u> Hallucinations (auditory, visual, olfactory,
   tactile.)
   _(-) A/V hall_

This information has been disclosed to you from
records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibit you
from making any further disclosure of this infor-
mation without specific written consent of the
person to whom it pertains or as otherwise permit
ted by 42 CFR part 2. A general authorization is NOT
sufficient for this purpose. The federal rules restrict
any use of the information to criminally investigate or
prosecute any alcohol or drug abuse patient.

5. <u>Cognitive Functions:</u>
                    Yes No                Yes No
   a)   Orientation: [✓] [] Time [✓] [] Place [] [] Person

**PSYCHIATRIC HISTORY/ALCOHOL AND DRUG HISTORY:**

Highland Park Drug Treatment Program in mid 1996 but started back on drugs, last using drugs 3 days ago

**DEVELOPMENTAL HISTORY: (Optional)**

**PAST MEDICAL HISTORY; Include date, illnesses, operations, hospitalizations, immunization status.**

Illness - asthma in past, "enlarged heart"

Legal Hx 2/97 suspect in theft of ladies pocketbook + was in JDC for 36 days. Previous charges of attempted murder + was in JDC for 2½ months (he had stabbed his brother who is schizophrenic + reportedly attacked him.

**FAMILY HISTORY:**

Brother has schizophrenia

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibits you from making any further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

**EDUCATION/WORK HISTORY;**

DM1 North 9th grade, previously at Jan Mann and from the age of 12 y.o. daily cannabis. Ht said he spent as much as $100 a day ago. He also drinks alcohol

**STRENGTHS:**

**BARRIERS TO TREATMENT:**

Exhibits D, 1

# NORTHWEST DADE CENTER, INC.
## INITIAL PSYCHIATRIC EVALUATION
### CHILDREN/ADOLESCENT

**PATIENT'S NAME:** Gerald Gibson     **DATE:** 5/27/97

**PATIENT NUMBER:** 31747     **AGE:**

**PROBLEMS IDENTIFIED:** Conflicts with siblings

Polysubstance Dependence — abuse

**HISTORY OF THE PRESENT ILLNESS:**

14 y.o. B M reported that his brother threatened him; he was blamed for trying to threaten his brother with an iron but he says his brother threatened him first. Late police came to bring him to NW Dade and he did not understand why he was being taken away by police. He said he had only been ordered to DJJ and did not know why he was being brought to NW Dade. There was an ex parte order dated 12/16 petitioned by his mother because of threatening and violent behavior. He was reported in the order to have attempted to burn his brother with an iron. He talks loudly, uses profanity and is very argumentative.

He blamed his present problems as being argument between his brother and mother and aggression of his brother toward him — throwing —. He denies any history of AH/VH. He denies being problems with concentration or energy.

He admits to cannabis, daily and has previously been in treatment at IH and has previously been in treatment at IH use of drugs until 3 days ago.

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibits you from making any further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

## PSYCHIATRIC HISTORY/ALCOHOL AND DRUG HISTORY.

Attending Surgery CPC - Dr Gonzaley 1996
Dr Ceballos. Prozac ___ - Ceryphant
c̄ meds. ___ Thorzine

## PAST MEDICAL HISTORY; Include dates, illnesses, operations, hospitalizations, immunizations status.

See PE Form

## FAMILY HISTORY:

See PE Form

## EDUCATION/WORK HISTORY

Carol City JHS - 7th Grade - Reg Classes
Mr Altman - Grade I
Mr. VICIAN

## STRENGTHS:

Young

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR Part 2). The federal rules prohibits you from making any further disclosure of this information without specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization is NOT sufficient for this purpose. The federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

## BARRIERS TO TREATMENT:

- Conduct probs

One Religious Spiritual Book or reading material

Three paperback books

1 Newspaper (must exchange old for new one showed in cell.

1 Magazine subscription (no more than (4) magazines allowed in cell)

Maximum of (2) security pens (1 for 1 exchange)

Active Legal Case (must provide Case Number)

     All items must fit into one cubby any extra items will be considered in excess and must either be placed in property or sent home. Failure to comply will result in excess designated as contraband.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of this document true and correct copy has been placed into the hands of prison officials of Union Correctional Institution for mailing through first-class U.S. Mail on this 1st day of MAY , 2018.

Respectfully submitted,

*Jerald Gipson*

Jerald Gipson, DC#B00406

~~U. Dorm~~

~~Union Correctional Institution~~

~~P.O. Box 1000~~

~~Raiford, Florida 32083~~  #B00406

→ Suwannee C.I. (Mental Health)

5964 U.S. Hwy 90th (Dorm)  (Illness)

Live Oak, Fl. 32060

7