# GENERAL AFFIDAVIT

STATE OF FLORIDA )
)
COUNTY OF )

I HEREBY DECLARE: I Inmate Shawn Springer was Housed at Suwannee C.F. T.C.U. Mental Health Unit Quad four on November 20th, 2013, I was In Cell 4102 and witnessed officer Perry throw Inmate Alipson to the group Room Door In the Hallway Sallyport and Lift Inmate Alipson up In the Air and Slam Him To the floor Punching Inmate Alipson while Inmate Alipson was In full Restraints, He punched Inmate Alipson Intill His Jaw Became Broke, Inmate Alipson Began Yelling for Help screaming that His Jaw was Broke, a officer ran from Another Quad and Brought Inmate Alipson Back to Quad 3 without Any Medical Attention of His Jaw that officer Perry Just Had Broke on November 20th, 2013, I Inmate Shawn Springer Witness this Use of force.

<u>WRITTEN VERIFICATION UNDER PENALTY OF PERJURY
PURSUANT TO FLORIDA STATUTE 92.525 (2)</u>

Under Penalties of Perjury, I declare that I have read the foregoing Affidavit and the facts stated therein are true and correct.

Executed on this _10th_ day of _December_ _2016_.

Signature of Affiant

DC# D15655