UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JERALD GIPSON,<br><br>    Plaintiff,<br><br>v.<br><br>SGT. MARKHAM et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>Case No. 3:16-cv-236-MMH-MCR |

**DECLARATION OF JAMES COOK**

STATE OF FLORIDA
COUNTY OF LEON

1. My name is JAMES COOK. I am counsel of record in the instant case. I am competent to make this declaration.

2. Jerald Gipson has worked hard against the odds of mental illness and limited education to make his story known. However he has had almost no opportunity to conduct real discovery on his own.

3. Plaintiff asks this Honorable Court to permit Plaintiff to undertake a course of meaningful discovery, as follows:

    a. Require Defendants to respond to his Discovery Requests;

    b. Permit Plaintiff to access the video recordings of the use of force;

    c. Permit Plaintiff to access medical reports as to his injuries;

    d. Permit Plaintiff to depose the several inmate witnesses he names;

    e. Permit Plaintiff to depose the Defendants;

    f. Permit Plaintiff to serve Jeremy Pittman, still at Suwannee C.I.;

    g. Permit Plaintiff to get a copy of his own deposition.

4. As set forth in my Rule 56(d) Motion, based on the records I have seen, Plaintiff would be severely handicapped in bearing his burden of proof for major parts of his case.

Further affiant sayeth naught.

Submitted on June 4, 2018,

*Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.*

*/s/James V. Cook*